# United States Bankruptcy Court
## Eastern District of Texas

In re    Interphase Corporation                  Case No. _____

               Debtor(s)         Chapter    7  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for   Interphase Corporation   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

First Dallas Holdings, Inc.                                   16.6%
Craig D. Hodges
First Dallas Securities, Inc.
Hodges Capital Management, Inc.
Hodges Small Cap Fund
2905 Maple Ave.
Dallas, TX 75201

☐ None [*Check if applicable*]

_____ 9/30/2015 _____          *Gregory B. Kalush* (signature)
Date                           Gregory B. Kalush
                                 Chief Executive Officer