**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

### TRUSTEE'S APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS

NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW Mark A. Weisbart, Chapter 7 Trustee ("Trustee") in the above-numbered bankruptcy case, and files this his Application to Approve Employment of Attorneys, and in support hereof, would show the Court the following:

1. On September 30, 2015, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor. Mark A. Weisbart is the duly appointed Trustee.

2. The Trustee wishes to employ himself and his law office (collectively the "Firm") to represent him in the above-numbered bankruptcy case effective as of September 30, 2015.

3. The Trustee has selected the Firm for the reason that it has considerable experience in matters of this nature. The Trustee believes that the Firm is well qualified to represent the Trustee in this bankruptcy case.

4. In addition to the standard legal services performed by counsel for a Chapter 7 Trustee, the professional services of the Firm will include pursuing the recovery and sale of estate assets.

5. The Firm represents no adverse interest to the Trustee or to the bankruptcy estate

in the matters for which it is to be engaged. The Trustee will perform legal services through The Firm, on his own behalf, and is familiar with the quality and legal expertise of its members. The Firms' employment would be in the best interest of this estate. To the best of the Trustee's knowledge, the Firm has no connection with the Debtor, the creditors, any other party-in-interest or their respective attorneys, and accountants, the United States Trustee or any person employed in the Office of the United States Trustee. (See attached Affidavit of Mark A. Weisbart).

6. The terms of the employment of the Firm agreed to by the Trustee and subject to the approval of the Bankruptcy Court, are for services to be rendered at the normal hourly billing rates for legal services performed by the Firm. The Firm's billing rates for cases of this size and nature are as follows: Weisbart – $480.00 per hour; James S. Brouner – $430.00 per hour; paralegal – $95.00 per hour. These rates are subject to annual adjustments at the beginning of each calendar year. The Firm will, from time to time, make application to this Court for approval of its legal fees and reimbursement of its out-of-pocket expenses.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that his Application to Approve Employment of Attorneys be approved by this Court under the terms specified above, and for such other and further relief to which he may show himself to be justly entitled.

    Respectfully submitted,

    /s/ Mark A. Weisbart
    Mark A. Weisbart
    Texas Bar No. 21102650
    THE LAW OFFICE OF MARK A. WEISBART
    12770 Coit Road, Suite 541
    Dallas, Texas 75251
    (972) 628-4903 Phone
    (972) 628-4905 Fax
    weisbartm@earthlink.net

    CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 5th day of October, 2015.

/s/ Mark A. Weisbart
Mark A. Weisbart

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

**AFFIDAVIT OF ATTORNEYS IN SUPPORT OF TRUSTEE'S
APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEYS**

STATE OF TEXAS         §
                       §
COUNTY OF DALLAS       §

I, Mark A. Weisbart, being first duly sworn, under oath, state:

1. "I am an attorney in The Law Office of Mark A. Weisbart (the "Firm"), located at 12770 Coit Road, Suite 541, Dallas, Texas 75251 and I am authorized to execute this Affidavit on behalf of the Firm.

2. This Affidavit is prepared in connection with the Trustee's Application To Approve Employment of Attorneys in which the Trustee seeks authority to employ himself, his staff and the Firm as his attorneys in this case pursuant to 11 U.S.C § 327.

3. The Firm has not been contacted to represent any of the Debtor's creditors and is itself not a creditor of the Debtor.

4. The Firm has determined that it has not represented any creditors or related entities in matters related to this bankruptcy case.  The Firm in the ordinary course of its business, may have represented from time to time entities or individuals which are creditors of the Debtor in unrelated matters.  To the best of the Trustee's knowledge, the Firm has no connection with the Debtor, the creditors, any other party-in-interest or their respective attorneys,

and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

5. Based on the foregoing, the Firm believes that it has no adverse interest to the Debtor or to the bankruptcy estate in matters for which it is engaged for the Trustee and that its employment will be in the best interest of this estate. Further, the Firm believes that it has fully complied with the requirements of 11 U.S.C. § 327 and is a "disinterested person" as set forth in such section and that no conflict of interest arises from its employment as Trustee's counsel. Finally, the Firm has never served as an examiner for the Debtor.

6. The Firm represents that the foregoing constitutes a complete and full disclosure of all prior and current representation of clients which have any connection to this case, and that it has done everything within its power to discover any conflicts. However, the Firm reserves the right to supplement and amend this Affidavit should it discover further information concerning its past and present representation of clients which relates to the Debtor, its creditors and other parties-in-interest, or in any other way is related to this case.

7. The professional services of the Firm will include those identified in the Application and may include services generally performed by counsel for a bankruptcy trustee, such as assisting in the administration of the case, evaluating and pursuing avoidance actions, prosecuting claim objections, investigating into the acts, conduct, assets, liabilities, and financial condition of the Debtor, drafting pleadings, and performing other litigation functions.

8. To the best of my knowledge, the information contained herein is true and accurate."

_____
MARK A. WEISBART
THE LAW OFFICE OF MARK A. WEISBART

STATE OF TEXAS     §
                   §
COUNTY OF DALLAS   §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Mark A. Weisbart, known to me to be the duly authorized agent for the person whose name is subscribed to the foregoing Affidavit, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

SUBSCRIBED TO AND SWORN TO BEFORE ME this 5th day of October, 2015.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My Commission Expires:



TARAH M. SIMMONS
Notary Public, State of Texas
My Commission Expires
November 21, 2016

```
Label Matrix for local noticing          Evan R. Baker                            (p)MICHAEL REED OR LEE GORDON
0540-4                                   1601 Elm Street                          PO BOX 1269
Case 15-41732                            Suite 3000                               ROUND ROCK TX 78680-1269
Eastern District of Texas                Dallas, TX 75201-4757
Sherman
Mon Oct  5 13:56:41 CDT 2015

Interphase Corporation                   Holland Neff O'Neil                      US Trustee
4240 International Pkwy                  Gardere & Wynne, L.L.P.                  Office of the U.S. Trustee
Suite 105                                3000 Thanksgiving Tower                  110 N. College Ave.
Carrollton, TX 75007-1985                1601 Elm Street                          Suite 300
                                         Dallas, TX 75201-4761                    Tyler, TX 75702-7231


Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Lee Gordon                               End of Label Matrix
McCreary Veselka Bragg & Allen, PC       Mailable recipients      6
PO Box 1269                              Bypassed recipients      0
Round Rock, TX 78665                     Total                    6
```