Jan 19, 2016

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2016 JAN 26 AM 8:20

BY_____DEPUTY

Bankruptcy Court
Eastern Dist. Of Texas,
Sherman Division

Case: 15-41732 (Interphase).

I used to be a shareholder of Interphase — which since then filed for bankruptcy Chapter 7. Please include me in your mailing list for any proceedings.

Thanks,

Anil Sharma

ANIL SHARMA
135 Burford Hollow
Alpharetta, GA 30022
(ph 404 918 6349).