IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

## AMENDED REPORT OF SALE

COMES NOW Mark A. Weisbart, Trustee, and files this Amended Report of Sale as follows:

1. Pursuant to the Order Approving Motion To Approve Sale of Assets Through Auction Free and Clear of Liens, Claims and Encumbrances entered on October 30, 2015, the Trustee's duly employed auctioneer, Shattuck, LLC ("Shattuck"), conducted an online sale of inventory from November 17, 2015 through December 1, 2015.  A copy of the high bidders is attached hereto as Exhibit "A".

2. The sale brought a total of $160,568.14, including a buyer's premium of $8,302.47.  The items sold and prices are also listed on Exhibit "A". The Trustee has received the gross proceeds of $152,265.67 (not including the buyer's premium).

3. The Order Approving Employment of Auctioneer authorized Auctioneer to collect and retain a 10% buyer's premium on sales of estate property. Accordingly, Shattuck has collected a total of $8,302.47 as a buyer's premium.

4. The expenses connected with this sale are itemized on Exhibit "B" and will be subject to a formal request for reimbursement in the immediate future.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court accept this Amended Report of Sale.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
(972) 628-4905 Fax
weisbartm@earthlink.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the below listed parties either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 29th day of January, 2016.

Office of the U.S. Trustee
110 North College, Suite 300
Tyler, TX 75702

/s/ Mark A. Weisbart
Mark A. Weisbart

Case 15-41732   Doc 67   Filed 01/29/16   Entered 01/29/16 08:53:28   Desc Main Document   Page 3 of 10



Interphase Corporation

c/o Mark Weisbart, Trustee

4240 International Pkwy Suite 105

Carrollton, Texas  75007

**Bankruptcy Auction Report Case No. 15-41732**

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98768 | 37787 | L3981 | (1) LeCroy Wavemaster 8500A 5GHz Oscilloscope | $7,850.00 | $0.00 | $7,850.00 | $785.00 | $9,347.39 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98769 | 37788 | L3982 | (1) HP Spectrum Analyzer 8590B Oscilloscope | $511.00 | $0.00 | $511.00 | $51.10 | $562.10 | Chester Bruington[texas409] | (210)381-7451 | ccbru@texas.net |
| 98770 | 37789 | L3983 | (1) BK Precision Programmable DC Power Supply | $102.99 | $0.00 | $102.99 | $10.30 | $113.29 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98771 | 37789 | L3984 | (1) BK Precision High Current DC Regulated Power Supply | $115.00 | $0.00 | $115.00 | $11.50 | $126.50 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98772 | 37790 | L3985 | (1) HP 1661A Logic Analyzer | $80.00 | $0.00 | $80.00 | $8.00 | $95.26 | william hanks[will62] | (214)449-5967 | glennh.2011@yahoo.com |
| 98773 | 37791 | L3986 | (1) Tektronix Digital Phosphor Oscilloscope | $1,684.99 | $0.00 | $1,684.99 | $168.50 | $1,853.49 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 98774 | 37790 | L3987 | (1) Tektronix 4-Channel Digital Phosphor Oscilloscope | $824.00 | $0.00 | $824.00 | $82.40 | $981.18 | william hanks[will62] | (214)449-5967 | glennh.2011@yahoo.com |
| 98775 | 37791 | L3988 | Electronic Testing Equipment | $260.00 | $0.00 | $260.00 | $26.00 | $286.00 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 98776 | 37790 | L3989 | (1) Tektronix P6042 Current Probe | $186.00 | $0.00 | $186.00 | $18.60 | $221.48 | william hanks[will62] | (214)449-5967 | glennh.2011@yahoo.com |
| 98777 | 37792 | L3990 | (3) Fluke Multimeters | $170.00 | $0.00 | $170.00 | $17.00 | $202.43 | Francis Medard[netpet] | (832)692-9278 | fnmedard@yahoo.com |
| 98778 | 37793 | L3991 | (1) Quantum Data HDMI Handheld Test Instrument | $487.00 | $0.00 | $487.00 | $48.70 | $535.70 | Fela Olawale[1331] | (832)640-6493 | wazobia.ent@gmail.com |
| 98779 | 37794 | L3992 | (1) Fluke Hydra 2620 Data Acquisition Unit | $112.00 | $0.00 | $112.00 | $11.20 | $133.36 | Matthew Kemp[indigo2511] | (469)337-6350 | mkemp51552@att.net |
| 98780 | 37791 | L3993 | (1) BK Precision Programmable DC Power Supply | $107.00 | $0.00 | $107.00 | $10.70 | $117.70 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 98781 | 37795 | L3994 | (1) HP Communciations Performance Analyzer | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | michael vaughan[blockmaker] | (214)202-0708 | blockmakeroo@gmail.com |
| 98782 | 37796 | L3995 | (3) Texas Instruments MSP-Gang Programmers | $131.66 | $0.00 | $131.66 | $13.17 | $156.77 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98783 | 37797 | L3996 | (1) Cen-Tech 5-In-1 Portable Power Pack | $74.95 | $0.00 | $74.95 | $7.50 | $89.25 | Wayne McNeil[waynemcneil] | (817)540-5556 | genxcomics@hotmail.com |
| 98784 | 37797 | L3997 | (1) Husky EZ-Air-To-Go Compressor | $40.10 | $0.00 | $40.10 | $4.01 | $47.75 | Wayne McNeil[waynemcneil] | (817)540-5556 | genxcomics@hotmail.com |
| 98785 | 37798 | L3998 | (1) LeCroy 9361 Dual 300MH Oscilloscope | $167.00 | $0.00 | $167.00 | $16.70 | $198.86 | David Taylor[davidwtaylor] | (972)699-8470 | davidtaylor314@gmail.com |
| 98786 | 37796 | L3999 | Fotec Fiber Optic Test Equipment | $39.49 | $0.00 | $39.49 | $3.95 | $47.02 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98787 | 37798 | L4000 | (1) Tektronix TDS 360 Two-Channel Digital Real-Time Oscillos | $121.00 | $0.00 | $121.00 | $12.10 | $144.08 | David Taylor[davidwtaylor] | (972)699-8470 | davidtaylor314@gmail.com |
| 98788 | 37791 | L4001 | (2) Electronic Testers | $39.38 | $0.00 | $39.38 | $3.94 | $43.32 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 98789 | 37791 | L4002 | (1) Trend Aurora Forte ATN Simulation Network Tester | $165.00 | $0.00 | $165.00 | $16.50 | $181.50 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 98790 | 37799 | L4003 | Kitchen Appliances | $205.00 | $0.00 | $205.00 | $20.50 | $244.10 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98791 | 37794 | L4004 | (9) Coffee Dispensers | $96.50 | $0.00 | $96.50 | $9.65 | $114.91 | Matthew Kemp[indigo2511] | (469)337-6350 | mkemp51552@att.net |
| 98792 | 37800 | L4005 | (1) True GDM-23 Beverage Refrigerator | $685.00 | $0.00 | $685.00 | $68.50 | $815.66 | Larry Johnson[Jack10January11] | (469)767-0740 | samplesodlj@yahoo.com |
| 98793 | 37800 | L4006 | (3) Folding Tables & (12) Lifetime Chairs | $285.00 | $0.00 | $285.00 | $28.50 | $339.36 | Larry Johnson[Jack10January11] | (469)767-0740 | samplesodlj@yahoo.com |
| 98794 | 37801 | L4007 | (1) Manitowoc QM45 Ice Maker | $485.00 | $0.00 | $485.00 | $48.50 | $577.51 | Heather Lakins[Damavand15] | (214)920-9899 | Tonyragu15@gmail.com |
| 98795 | 37802 | L4008 | Misc Kitchen Accessories | $105.00 | $0.00 | $105.00 | $10.50 | $115.50 | Shiraz Badruddin[samcomp] | (469)360-6729 | shirazbadruddin@hotmail.com |
| 98796 | 37803 | L4009 | Christmas Decorations | $42.50 | $0.00 | $42.50 | $4.25 | $46.75 | Shirley Shaddock[whcclinic] | (903)729-3015 | whcclinic@yahoo.com |
| 98797 | 37803 | L4010 | (3) Trash Bins | $42.50 | $0.00 | $42.50 | $4.25 | $46.75 | Shirley Shaddock[whcclinic] | (903)729-3015 | whcclinic@yahoo.com |
| 98798 | 37804 | L4011 | Large Lot of Assorted Toner/Ink Cartridges | $970.00 | $0.00 | $970.00 | $97.00 | $1,155.03 | michael friesenhahn[freez-25] | (210)378-1999 | uc_mailingcenter25@yahoo.com |
| 98799 | 37805 | L4012 | (1) Mitsubishi Projector | $215.00 | $0.00 | $215.00 | $21.50 | $256.01 | Mark Turner[mpturner21] | (469)667-8447 | mark@gotoitguy.net |
| 98800 | 37799 | L4013 | Approx (60) Misc Chairs | $210.01 | $0.00 | $210.01 | $21.00 | $250.07 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98801 | 37806 | L4014 | (2) Rolling Tables | $80.00 | $0.00 | $80.00 | $8.00 | $95.26 | Mark Stokes[stokesbh] | (210)370-2229 | mark.stokes@bowhead.com |
| 98802 | 37807 | L4015 | (2) Rolling Tables | $65.25 | $0.00 | $65.25 | $6.53 | $77.70 | A. C. Campbell[bluebell] | (281)509-3057 | janiebug835@sbcglobal.net |
| 98803 | 37807 | L4016 | (2) Rolling Tables | $65.25 | $0.00 | $65.25 | $6.53 | $77.70 | A. C. Campbell[bluebell] | (281)509-3057 | janiebug835@sbcglobal.net |
| 98804 | 37808 | L4017 | (2) Rolling Tables | $65.00 | $0.00 | $65.00 | $6.50 | $71.50 | FRANK SAPORITO[fritomd] | (214)924-2787 | frank.saporito.md@gmail.com |
| 98805 | 37809 | L4018 | (5) Expo Logistics Exhibitor Marketing Displays | $330.00 | $0.00 | $330.00 | $33.00 | $363.00 | Ivan Hernandez[dr.ivanhernandez] | (811)555-5675 | dr.ivanhernandez@gmail.com |
| 98806 | 37810 | L4019 | (1) Ben-Q Projector w/Da-Lite Screen | $250.00 | $0.00 | $250.00 | $25.00 | $275.00 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |

Exhibit "A"

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98807 | 37799 | L4020 | (18) Framed Prints | $60.00 | $0.00 | $60.00 | $6.00 | $71.45 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98808 | 37806 | L4021 | (1) Sofa/Entryway Table | $167.50 | $0.00 | $167.50 | $16.75 | $199.45 | Mark Stokes[stokesbh] | (210)370-2229 | mark.stokes@bowhead.com |
| 98809 | 37789 | L4022 | Misc Furniture | $265.55 | $0.00 | $265.55 | $26.56 | $292.11 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98810 | 37803 | L4023 | Approx (20) Assorted Artificial Plants | $42.50 | $0.00 | $42.50 | $4.25 | $46.75 | Shirley Shaddock[whcclinic] | (903)729-3015 | whcclinic@yahoo.com |
| 98811 | 37789 | L4024 | (1) Framed Interphase Sign Sign | $30.00 | $0.00 | $30.00 | $3.00 | $33.00 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98812 | 37811 | L4025 | Executive Suite of Furniture & Contents of Room | $655.50 | $0.00 | $655.50 | $65.55 | $780.54 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98813 | 37812 | L4026 | Office Furniture | $400.00 | $0.00 | $400.00 | $40.00 | $440.00 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98814 | 37813 | L4027 | Approx (22) Assorted Leather Folios | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | Jave Blackburn[javes1] | (469)571-8263 | javoliver1@gmail.com |
| 98815 | 37814 | L4028 | (4) Chairs | $236.00 | $0.00 | $236.00 | $23.60 | $281.02 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98816 | 37812 | L4029 | Executive Suite of Furniture & Contents of Room | $620.00 | $0.00 | $620.00 | $62.00 | $682.00 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98817 | 37812 | L4030 | Executive Suite of Furniture & Contents of Room | $510.00 | $0.00 | $510.00 | $51.00 | $561.00 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98819 | 37815 | L4032 | (1) Sofa/Entryway Table | $173.00 | $0.00 | $173.00 | $17.30 | $190.30 | Richard Palmer[Palmer503] | (903)566-2311.1 | palmerr@chapelhillisd.org |
| 98820 | 37816 | L4033 | (4) Lazy Boy Rolling Office Chairs | $340.00 | $0.00 | $340.00 | $34.00 | $404.86 | Ken Connolly[Kenconnolly] | (214)906-3824 | Kenconnolly1@me.Com |
| 98821 | 37814 | L4034 | (4) Lazy Boy Rolling Office Chairs | $351.00 | $0.00 | $351.00 | $35.10 | $417.95 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98822 | 37812 | L4035 | (4) Lazy Boy Rolling Office Chairs | $250.00 | $0.00 | $250.00 | $25.00 | $275.00 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98823 | 37812 | L4036 | (4) Lazy Boy Rolling Office Chairs | $225.00 | $0.00 | $225.00 | $22.50 | $247.50 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98824 | 37817 | L4037 | (12) Misc Wall Clocks | $42.50 | $0.00 | $42.50 | $4.25 | $50.61 | Martha Michael[Mikona] | (214)402-6437 | Mikona74@yahoo.com |
| 98825 | 37805 | L4038 | (1) Ben-Q Projector | $145.00 | $0.00 | $145.00 | $14.50 | $172.66 | Mark Turner[mpturner21] | (469)667-8447 | mark@gotoitguy.net |
| 98826 | 37812 | L4039 | Executive Suite of Furniture & Contents of Room | $601.00 | $0.00 | $601.00 | $60.10 | $661.10 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98827 | 37818 | L4040 | Executive Suite of Furniture & Contents of Room | $310.00 | $0.00 | $310.00 | $31.00 | $369.13 | Bryan Parr[bdpbuca] | (806)441-4950 | bdpbuca@gmail.com |
| 98828 | 37818 | L4041 | Executive Suite of Furniture & Contents of Room | $500.00 | $0.00 | $500.00 | $50.00 | $595.38 | Bryan Parr[bdpbuca] | (806)441-4950 | bdpbuca@gmail.com |
| 98829 | 37814 | L4042 | Executive Suite of Furniture & Contents of Room | $299.50 | $0.00 | $299.50 | $29.95 | $356.63 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98830 | 37799 | L4043 | (2) Executive Suites of Furniture & Contents of (2) Rooms | $170.00 | $0.00 | $170.00 | $17.00 | $202.43 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98831 | 37819 | L4044 | Executive Suite of Furniture & Contents of Room | $365.55 | $0.00 | $365.55 | $36.56 | $435.28 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98832 | 37810 | L4045 | (4) Rolling Office Chairs | $182.77 | $0.00 | $182.77 | $18.28 | $201.05 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98833 | 37810 | L4046 | (4) Rolling Office Chairs | $171.66 | $0.00 | $171.66 | $17.17 | $188.83 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98834 | 37796 | L4047 | (4) Rolling Office Chairs | $127.00 | $0.00 | $127.00 | $12.70 | $151.23 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98835 | 37799 | L4048 | (1) 14' Conference Table | $155.00 | $0.00 | $155.00 | $15.50 | $184.57 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98836 | 37820 | L4049 | (1) Vizio 55" LCD Television | $355.00 | $0.00 | $355.00 | $35.50 | $422.72 | Jeremy Marrero[jmarrero24] | (972)914-8771 | jmarrero24@yahoo.com |
| 98837 | 37821 | L4050 | Very Large Lot of Steelcase Modular Office Partitions | $360.00 | $0.00 | $360.00 | $36.00 | $396.00 | Mike Kariuki[SoG] | (302)345-3738 | mikemaigua@gmail.com |
| 98838 | 37822 | L4051 | (6) Chrome Craft Upholstered Chairs | $52.50 | $0.00 | $52.50 | $5.25 | $62.51 | Stephen Seigler[stephenseigler] | (817)391-2229 | seigler.stephen@gmail.com |
| 98839 | 37814 | L4052 | (10) Upholstered Stackable Chairs | $117.55 | $0.00 | $117.55 | $11.76 | $139.97 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98840 | 37799 | L4053 | Office Furniture & Contents of (3) Rooms | $125.00 | $0.00 | $125.00 | $12.50 | $148.84 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98841 | 37819 | L4054 | (3) Rooms of Office Furniture & Contents | $375.00 | $0.00 | $375.00 | $37.50 | $446.53 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98842 | 37803 | L4055 | Very Large Office Supply Lot | $205.00 | $0.00 | $205.00 | $20.50 | $225.50 | Shirley Shaddock[whcclinic] | (903)729-3015 | whcclinic@yahoo.com |
| 98843 | 37814 | L4056 | (1) Round Table w/Glass Top | $185.00 | $0.00 | $185.00 | $18.50 | $220.29 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98844 | 37799 | L4057 | (55) Rolling Office Chairs | $105.01 | $0.00 | $105.01 | $10.50 | $125.04 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98845 | 37799 | L4058 | Executive Suite of Furniture & Contents of Room | $105.00 | $0.00 | $105.00 | $10.50 | $125.03 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98846 | 37823 | L4059 | (5) Rolling Office Chairs | $214.50 | $0.00 | $214.50 | $21.45 | $255.42 | Mike Rodemers[gudrunc] | (972)679-9780 | pmrodemers@aol.com |
| 98847 | 37799 | L4060 | (5) Rolling Office Chairs | $156.99 | $0.00 | $156.99 | $15.70 | $186.94 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98848 | 37824 | L4061 | (1) 8' Conference Table | $211.00 | $0.00 | $211.00 | $21.10 | $251.25 | daniel khammash[dak_electronics] | (817)637-4824 | dak_electronics@yahoo.com |
| 98850 | 37811 | L4063 | Office Furniture & Contents of (1) Room | $425.00 | $0.00 | $425.00 | $42.50 | $506.07 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98851 | 37811 | L4065 | (1) Workstation | $140.00 | $0.00 | $140.00 | $14.00 | $166.71 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98852 | 37811 | L4066 | (1) Workstation | $142.00 | $0.00 | $142.00 | $14.20 | $169.09 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98853 | 37811 | L4067 | (1) Workstation | $140.00 | $0.00 | $140.00 | $14.00 | $166.71 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98854 | 37825 | L4068 | (1) Workstation | $167.50 | $0.00 | $167.50 | $16.75 | $199.45 | Moe Knight[mrknight3] | (903)893-0144.2 | mknight@hoytedodge.com |
| 98855 | 37825 | L4069 | (1) Workstation | $169.50 | $0.00 | $169.50 | $16.95 | $201.83 | Moe Knight[mrknight3] | (903)893-0144.2 | mknight@hoytedodge.com |
| 98856 | 37808 | L4070 | Misc Furniture | $215.00 | $0.00 | $215.00 | $21.50 | $236.50 | FRANK SAPORITO[fritomd] | (214)924-2787 | frank.saporito.md@gmail.com |
| 98857 | 37796 | L4071 | (2) Ergotron Workstations | $222.00 | $0.00 | $222.00 | $22.20 | $264.35 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98858 | 37826 | L4072 | (1) Rolling Ergotron Workstation | $180.00 | $0.00 | $180.00 | $18.00 | $198.00 | Ramon Rodriguez[rrlastre] | (222)219-5096 | rrlastre@gmail.com |
| 98859 | 37826 | L4073 | (1) Rolling Ergotron Workstation | $180.00 | $0.00 | $180.00 | $18.00 | $198.00 | Ramon Rodriguez[rrlastre] | (222)219-5096 | rrlastre@gmail.com |

Exhibit "A"

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98860 | 37789 | L4074 | (1) Rolling Ergotron Workstation | $200.00 | $0.00 | $200.00 | $20.00 | $220.00 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98861 | 37826 | L4075 | (1) Rolling Ergotron Workstation | $176.77 | $0.00 | $176.77 | $17.68 | $194.45 | Ramon Rodriguez[rrlastre] | (222)219-5096 | rrlastre@gmail.com |
| 98862 | 37806 | L4076 | (1) Rolling Ergotron Workstation | $170.00 | $0.00 | $170.00 | $17.00 | $202.43 | Mark Stokes[stokesbh] | (210)370-2229 | mark.stokes@bowhead.com |
| 98863 | 37806 | L4077 | (1) Rolling Ergotron Workstation | $181.00 | $0.00 | $181.00 | $18.10 | $215.53 | Mark Stokes[stokesbh] | (210)370-2229 | mark.stokes@bowhead.com |
| 98864 | 37806 | L4078 | (1) Rolling Ergotron Workstation | $185.00 | $0.00 | $185.00 | $18.50 | $220.29 | Mark Stokes[stokesbh] | (210)370-2229 | mark.stokes@bowhead.com |
| 98865 | 37806 | L4079 | (1) Rolling Ergotron Workstation | $175.00 | $0.00 | $175.00 | $17.50 | $208.38 | Mark Stokes[stokesbh] | (210)370-2229 | mark.stokes@bowhead.com |
| 98866 | 37796 | L4080 | (1) Rolling Ergotron Workstation | $55.55 | $0.00 | $55.55 | $5.56 | $66.15 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98867 | 37796 | L4081 | (1) Rolling Ergotron Workstation | $72.00 | $0.00 | $72.00 | $7.20 | $85.73 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98868 | 37796 | L4082 | (1) Rolling Ergotron Workstation | $185.00 | $0.00 | $185.00 | $18.50 | $220.29 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98869 | 37796 | L4083 | (1) Rolling Ergotron Workstation | $181.00 | $0.00 | $181.00 | $18.10 | $215.53 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98870 | 37826 | L4084 | (1) Rolling Ergotron Workstation | $185.00 | $0.00 | $185.00 | $18.50 | $203.50 | Ramon Rodriguez[rrlastre] | (222)219-5096 | rrlastre@gmail.com |
| 98872 | 37789 | L4086 | (1) Rolling Ergotron Workstation | $205.00 | $0.00 | $205.00 | $20.50 | $225.50 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98873 | 37803 | L4087 | (1) Loche Wall-Mounted Projector Screen | $30.00 | $0.00 | $30.00 | $3.00 | $33.00 | Shirley Shaddock[whcclinic] | (903)729-3015 | whcclinic@yahoo.com |
| 98874 | 37789 | L4088 | (1) Hardware Cabinet | $345.00 | $0.00 | $345.00 | $34.50 | $379.50 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98876 | 37825 | L4090 | (2) L-Shaped Laminate Desks | $395.55 | $0.00 | $395.55 | $39.56 | $471.00 | Moe Knight[mrknight3] | (903)893-0144.2 | mknight@hoytedodge.com |
| 98877 | 37828 | L4091 | Assorted Office Furniture | $177.56 | $0.00 | $177.56 | $17.76 | $211.43 | Allen Goodrich[Texasallen] | (214)789-6512 | allensgotjunk@yahoo.com |
| 98878 | 37825 | L4092 | (7) Lateral File Cabinets | $755.00 | $0.00 | $755.00 | $75.50 | $899.02 | Moe Knight[mrknight3] | (903)893-0144.2 | mknight@hoytedodge.com |
| 98879 | 37821 | L4093 | Very Large Lot of Steelcase Modular Office Partitions | $810.00 | $0.00 | $810.00 | $81.00 | $891.00 | Mike Kariuki[SoG] | (302)345-3738 | mikemaigua@gmail.com |
| 98880 | 37795 | L4094 | (1) MakerBot Replicator 2X Experimental 3D Printer | $1,275.00 | $0.00 | $1,275.00 | $127.50 | $1,518.21 | michael vaughan[blockmaker] | (214)202-0708 | blockmakeroo@gmail.com |
| 98881 | 37811 | L4095 | (6) Metro Style Racks | $372.50 | $0.00 | $372.50 | $37.25 | $443.55 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98882 | 37799 | L4096 | (32) Rolling Office Chairs | $162.00 | $0.00 | $162.00 | $16.20 | $192.90 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98883 | 37799 | L4097 | (21) Misc Chairs | $112.50 | $0.00 | $112.50 | $11.25 | $133.96 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98884 | 37791 | L4098 | Misc Electronic Testing Equipment | $1,125.00 | $0.00 | $1,125.00 | $112.50 | $1,237.50 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 98885 | 37814 | L4099 | (6) Misc Shredders | $85.00 | $0.00 | $85.00 | $8.50 | $101.21 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98886 | 37829 | L4100 | Approx (3800) Segue VGA Cables | $270.00 | $0.00 | $270.00 | $27.00 | $297.00 | Martin Vaz[ronaldo] | (972)997-6539 | martinvazquez.c@hotmail.com |
| 98887 | 37829 | L4101 | Approx (4300) Segue VGA Cables | $310.00 | $0.00 | $310.00 | $31.00 | $341.00 | Martin Vaz[ronaldo] | (972)997-6539 | martinvazquez.c@hotmail.com |
| 98888 | 37789 | L4102 | Very Large E-Scrap Lot | $811.00 | $0.00 | $811.00 | $81.10 | $892.10 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98889 | 37830 | L4103 | (1) Golf Guard Travel Locking Hard Case | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98890 | 37831 | L4104 | (7) Stacking Chairs | $90.00 | $0.00 | $90.00 | $9.00 | $99.00 | Isaac Eweni[Zik2013] | (903)312-7260 | iceholdingse@yahoo.com |
| 98891 | 37800 | L4105 | (1) Steel Table | $85.00 | $0.00 | $85.00 | $8.50 | $101.21 | Larry Johnson[Jack10January11] | (469)767-0740 | samplesodlj@yahoo.com |
| 98892 | 37832 | L4106 | Approx (60) Power Strips | $88.56 | $0.00 | $88.56 | $8.86 | $97.42 | Leonard Olele[aza57] | (469)951-7601 | txme@eurovolt.com |
| 98893 | 37812 | L4107 | Approx (50)+ Trash Bins | $120.00 | $0.00 | $120.00 | $12.00 | $132.00 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98894 | 37833 | L4108 | (22) Misc Printers | $310.00 | $0.00 | $310.00 | $31.00 | $369.13 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 98895 | 37834 | L4109 | (13) Misc Printers | $155.00 | $0.00 | $155.00 | $15.50 | $184.57 | Carlos Villalobos[cbvilla6] | (469)766-4870 | cbvilla6@hotmail.com |
| 98896 | 37808 | L4110 | (1) HP Colorsphere Color Laserjet 4700N Printer | $205.00 | $0.00 | $205.00 | $20.50 | $225.50 | FRANK SAPORITO[fritomd] | (214)924-2787 | frank.saporito.md@gmail.com |
| 98897 | 37819 | L4111 | (1) HP Colorsphere Color Laserjet 4700N Printer | $155.00 | $0.00 | $155.00 | $15.50 | $184.57 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98898 | 37825 | L4112 | (8) Long Power Strips | $120.99 | $0.00 | $120.99 | $12.10 | $144.07 | Moe Knight[mrknight3] | (903)893-0144.2 | mknight@hoytedodge.com |
| 98899 | 37796 | L4113 | (2) Upright Metal Cabinets & (3) File Cabinets | $125.00 | $0.00 | $125.00 | $12.50 | $148.84 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98900 | 37810 | L4114 | Ladders & Stepstools | $125.00 | $0.00 | $125.00 | $12.50 | $137.50 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98901 | 37819 | L4115 | (1) Keller 8' Fiberglass Ladder | $80.42 | $0.00 | $80.42 | $8.04 | $95.76 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98902 | 37810 | L4116 | Misc Janitorial Equipment | $59.35 | $0.00 | $59.35 | $5.94 | $65.29 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98903 | 37819 | L4117 | (5) Projector Tripod Stands | $145.00 | $0.00 | $145.00 | $14.50 | $172.66 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98904 | 37792 | L4118 | (1) Sony LCD Projector | $49.50 | $0.00 | $49.50 | $4.95 | $58.94 | Francis Medard[netpet] | (832)692-9278 | fnmedard@yahoo.com |
| 98905 | 37805 | L4119 | (1) Mitsubishi Projector | $104.00 | $0.00 | $104.00 | $10.40 | $123.84 | Mark Turner[mpturner21] | (469)667-8447 | mark@gotoitguy.net |
| 98906 | 37830 | L4120 | (1) Epson Projector | $71.00 | $0.00 | $71.00 | $7.10 | $84.54 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98907 | 37820 | L4121 | (1) Dell Projector | $42.50 | $0.00 | $42.50 | $4.25 | $50.61 | Jeremy Marrero[jmarrero24] | (972)914-8771 | jmarrero24@yahoo.com |
| 98908 | 37820 | L4122 | (1) Epson Projector | $37.50 | $0.00 | $37.50 | $3.75 | $44.65 | Jeremy Marrero[jmarrero24] | (972)914-8771 | jmarrero24@yahoo.com |
| 98909 | 37805 | L4123 | (1) Ben-Q Projector | $60.00 | $0.00 | $60.00 | $6.00 | $71.45 | Mark Turner[mpturner21] | (469)667-8447 | mark@gotoitguy.net |
| 98910 | 37820 | L4124 | (1) 3M Projector | $32.50 | $0.00 | $32.50 | $3.25 | $38.70 | Jeremy Marrero[jmarrero24] | (972)914-8771 | jmarrero24@yahoo.com |
| 98911 | 37835 | L4125 | (1) InFocus Projector | $75.00 | $0.00 | $75.00 | $7.50 | $89.31 | Noheon Park[noheonpark] | (469)238-9437 | noheonpark@gmail.com |
| 98912 | 37820 | L4126 | (1) Dell Projector | $52.50 | $0.00 | $52.50 | $5.25 | $62.51 | Jeremy Marrero[jmarrero24] | (972)914-8771 | jmarrero24@yahoo.com |

Exhibit "A"

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98913 | 37820 | L4127 | (1) Plus Projector | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | Jeremy Marrero[jmarrero24] | (972)914-8771 | jmarrero24@yahoo.com |
| 98914 | 37796 | L4128 | Misc Cameras & Cell Phones | $105.00 | $0.00 | $105.00 | $10.50 | $125.03 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98915 | 37836 | L4129 | (25) IBM Thinkpad Computer Docking Stations | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | KEITH STEPHENSON[acqltd] | (817)457-9050 | sales@acqltd.com |
| 98916 | 37837 | L4130 | (34) Computer LCD Monitors | $185.00 | $0.00 | $185.00 | $18.50 | $203.50 | Henry Quispe[charango] | (214)756-0032 | Rockyscomputer@hotmail.com |
| 98917 | 37837 | L4131 | (27) Computer LCD Monitors | $105.11 | $0.00 | $105.11 | $10.51 | $115.62 | Henry Quispe[charango] | (214)756-0032 | Rockyscomputer@hotmail.com |
| 98918 | 37837 | L4132 | (32) Computer LCD Monitors | $115.00 | $0.00 | $115.00 | $11.50 | $126.50 | Henry Quispe[charango] | (214)756-0032 | Rockyscomputer@hotmail.com |
| 98919 | 37789 | L4133 | (27) Computer LCD Monitors | $360.00 | $0.00 | $360.00 | $36.00 | $396.00 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98920 | 37812 | L4134 | (5) Aluminum Trash Bins | $42.50 | $0.00 | $42.50 | $4.25 | $46.75 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 98921 | 37838 | L4135 | Computer Peripherals | $32.50 | $0.00 | $32.50 | $3.25 | $38.70 | DESMOND EZE[GODISINCHARG | (281)662-0753 | desibros61@yahoo.com |
| 98922 | 37796 | L4136 | Misc Networking Equipment | $80.00 | $0.00 | $80.00 | $8.00 | $95.26 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98923 | 37833 | L4137 | (65) Power Strips | $90.00 | $0.00 | $90.00 | $9.00 | $107.17 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 98924 | 37796 | L4138 | Room Contents | $301.11 | $0.00 | $301.11 | $30.11 | $358.55 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98925 | 37796 | L4139 | (3) Rooms of Office Furniture & Contents | $345.55 | $0.00 | $345.55 | $34.56 | $411.46 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98926 | 37789 | L4140 | Misc Label Printers | $52.50 | $0.00 | $52.50 | $5.25 | $57.75 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98927 | 37796 | L4141 | (11) Teleconferencing Units | $213.00 | $0.00 | $213.00 | $21.30 | $253.63 | Darren Melton[z0sense] | (214)228-5864 | darrenmelton@tx.rr.com |
| 98928 | 37789 | L4142 | Misc Power Supplies & Battery Backups | $161.66 | $0.00 | $161.66 | $16.17 | $177.83 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98929 | 37803 | L4143 | Misc Audio Equipment | $75.00 | $0.00 | $75.00 | $7.50 | $82.50 | Shirley Shaddock[whcclinic] | (903)729-3015 | whcclinic@yahoo.com |
| 98930 | 37805 | L4144 | (3) Projection Screens | $37.50 | $0.00 | $37.50 | $3.75 | $44.65 | Mark Turner[mpturner21] | (469)667-8447 | mark@gotoitguy.net |
| 98931 | 37811 | L4145 | Misc Metal Storage Units | $140.55 | $0.00 | $140.55 | $14.06 | $167.36 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98932 | 37789 | L4146 | (1) ELP55 Pallet Jack | $155.00 | $0.00 | $155.00 | $15.50 | $170.50 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98933 | 37810 | L4147 | (14) Misc Trash Bins | $67.00 | $0.00 | $67.00 | $6.70 | $73.70 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98934 | 37789 | L4148 | (8) Metro Style Racks | $432.00 | $0.00 | $432.00 | $43.20 | $475.20 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98935 | 37810 | L4149 | (10) Folding Tables | $106.78 | $0.00 | $106.78 | $10.68 | $117.46 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98936 | 37839 | L4150 | Approx (9920) Segue S23393 Mini-USB Cables | $986.00 | $0.00 | $986.00 | $98.60 | $1,174.08 | Xin Peng[ted662000] | (409)209-9088 | pengxin662000@yahoo.com |
| 98937 | 37829 | L4151 | Approx (2200) Segue S23394 VGA Cables | $186.00 | $0.00 | $186.00 | $18.60 | $204.60 | Martin Vaz[ronaldo] | (972)997-6539 | martinvazquez.c@hotmail.com |
| 98938 | 37840 | L4152 | (4) Metro Racks | $170.00 | $0.00 | $170.00 | $17.00 | $202.43 | Donna Blair[donnam860] | (254)466-3801 | donnablair2206@yahoo.com |
| 98939 | 37841 | L4153 | (14) Steel Shelving Racks | $921.00 | $0.00 | $921.00 | $92.10 | $1,096.68 | Michael Reilly[artifacture] | (972)292-8453 | michael@artifacturestudios.com |
| 98940 | 37842 | L4154 | (1) Keller 8' Fiberglass Ladder | $80.42 | $0.00 | $80.42 | $8.04 | $95.76 | Scott Beene[sbeene] | (903)286-2380 | sbeene@etex.net |
| 98942 | 37789 | L4156 | (4) Banks of Small Parts Organizational Bins | $627.00 | $0.00 | $627.00 | $62.70 | $689.70 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98943 | 37799 | L4157 | (5) Metal Filing Cabinets | $107.50 | $0.00 | $107.50 | $10.75 | $128.01 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98944 | 37819 | L4158 | (1) Flammable Liquids Cabinet | $102.50 | $0.00 | $102.50 | $10.25 | $122.05 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98945 | 37811 | L4159 | (3) Workstations | $375.50 | $0.00 | $375.50 | $37.55 | $447.13 | Christine Giese[Chris0531] | (979)830-5252 | christine@bencor-llc.com |
| 98946 | 37843 | L4160 | (1) Safety Mate Emergency Information Device | $32.50 | $0.00 | $32.50 | $3.25 | $38.70 | Steven Mounce[skmounce] | (972)754-5522 | Steve@Mounce.net |
| 98947 | 37789 | L4161 | (4) Shipping Scales | $155.00 | $0.00 | $155.00 | $15.50 | $170.50 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98948 | 37814 | L4162 | (1) Wesley Pallet Mule Pallet Jack | $126.00 | $0.00 | $126.00 | $12.60 | $150.03 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98949 | 37844 | L4163 | (1) Handi Tough Tes 18V Jigsaw | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | Steve Lewis[slewis] | (214)735-9039 | sel@lbpcglobal.com |
| 98950 | 37816 | L4164 | (15) Extension Cords | $80.00 | $0.00 | $80.00 | $8.00 | $95.26 | Ken Connolly[Kenconnolly] | (214)906-3824 | Kenconnolly1@me.Com |
| 98951 | 37819 | L4165 | (2) Workstations | $221.00 | $0.00 | $221.00 | $22.10 | $263.16 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98952 | 37845 | L4166 | Misc Carts | $185.00 | $0.00 | $185.00 | $18.50 | $220.29 | timothy goodwin[tgoodie] | (972)523-9452 | tgoodie10@yahoo.com |
| 98953 | 37830 | L4167 | (80) iPhase 6' HDMI Cables | $65.00 | $0.00 | $65.00 | $6.50 | $77.40 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98954 | 37830 | L4168 | (80) iPhase 6' HDMI Cables | $65.00 | $0.00 | $65.00 | $6.50 | $77.40 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98955 | 37830 | L4169 | (80) iPhase 6' HDMI Cables | $61.99 | $0.00 | $61.99 | $6.20 | $73.81 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98956 | 37846 | L4170 | (80) iPhase 6' HDMI Cables | $61.00 | $0.00 | $61.00 | $6.10 | $67.10 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98957 | 37799 | L4171 | (80) iPhase 6' HDMI Cables | $88.01 | $0.00 | $88.01 | $8.80 | $104.80 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98958 | 37847 | L4172 | (80) iPhase 6' HDMI Cables | $66.00 | $0.00 | $66.00 | $6.60 | $78.59 | RIchard Malouf[yallahletsdoit] | (214)253-2402 | malouf@swbell.net |
| 98959 | 37847 | L4173 | (80) iPhase 6' HDMI Cables | $66.00 | $0.00 | $66.00 | $6.60 | $78.59 | RIchard Malouf[yallahletsdoit] | (214)253-2402 | malouf@swbell.net |
| 98960 | 37830 | L4174 | (80) iPhase 6' HDMI Cables | $52.00 | $0.00 | $52.00 | $5.20 | $61.92 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98961 | 37799 | L4175 | (80) iPhase 6' HDMI Cables | $88.01 | $0.00 | $88.01 | $8.80 | $104.80 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98962 | 37799 | L4176 | (80) iPhase 6' HDMI Cables | $73.00 | $0.00 | $73.00 | $7.30 | $86.92 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98963 | 37787 | L4177 | (80) iPhase 6' HDMI Cables | $66.00 | $0.00 | $66.00 | $6.60 | $78.59 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98964 | 37846 | L4178 | (80) iPhase 6' HDMI Cables | $52.00 | $0.00 | $52.00 | $5.20 | $57.20 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |

Exhibit "A"

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98965 | 37846 | L4179 | (80) iPhase 6' HDMI Cables | $42.50 | $0.00 | $42.50 | $4.25 | $46.75 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98966 | 37846 | L4180 | (80) iPhase 6' HDMI Cables | $51.95 | $0.00 | $51.95 | $5.20 | $57.15 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98967 | 37787 | L4181 | (80) iPhase 6' HDMI Cables | $49.50 | $0.00 | $49.50 | $4.95 | $58.94 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98968 | 37799 | L4182 | (80) iPhase 6' HDMI Cables | $49.50 | $0.00 | $49.50 | $4.95 | $58.94 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98969 | 37830 | L4183 | (80) iPhase 6' HDMI Cables | $49.50 | $0.00 | $49.50 | $4.95 | $58.94 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98970 | 37830 | L4184 | (80) iPhase 6' HDMI Cables | $42.50 | $0.00 | $42.50 | $4.25 | $50.61 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98971 | 37787 | L4185 | (80) iPhase 6' HDMI Cables | $80.00 | $0.00 | $80.00 | $8.00 | $95.26 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98972 | 37830 | L4186 | (80) iPhase 6' HDMI Cables | $46.50 | $0.00 | $46.50 | $4.65 | $55.37 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98973 | 37789 | L4187 | (80) iPhase 6' HDMI Cables | $46.50 | $0.00 | $46.50 | $4.65 | $51.15 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98974 | 37846 | L4188 | (80) iPhase 6' HDMI Cables | $30.00 | $0.00 | $30.00 | $3.00 | $33.00 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98975 | 37830 | L4189 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $61.99 | $0.00 | $61.99 | $6.20 | $73.81 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98976 | 37846 | L4190 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $56.09 | $0.00 | $56.09 | $5.61 | $61.70 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98977 | 37787 | L4191 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $75.06 | $0.00 | $75.06 | $7.51 | $89.38 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98978 | 37787 | L4192 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $60.00 | $0.00 | $60.00 | $6.00 | $71.45 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98979 | 37848 | L4193 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $60.00 | $0.00 | $60.00 | $6.00 | $71.45 | Ray Wanza[rbwanza] | (214)243-0266 | rbwanza@sbcglobal.net |
| 98980 | 37830 | L4194 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $47.50 | $0.00 | $47.50 | $4.75 | $56.56 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98981 | 37830 | L4195 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $71.00 | $0.00 | $71.00 | $7.10 | $84.54 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98982 | 37846 | L4196 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $55.00 | $0.00 | $55.00 | $5.50 | $60.50 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98983 | 37787 | L4197 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $75.06 | $0.00 | $75.06 | $7.51 | $89.38 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 98984 | 37846 | L4198 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $55.92 | $0.00 | $55.92 | $5.59 | $61.51 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 98985 | 37830 | L4199 | Approx (200)+ Phihong USB A/C Travel Wall Chargers | $52.50 | $0.00 | $52.50 | $5.25 | $62.51 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98986 | 37830 | L4200 | Approx (1500) Segue Mini-USB Adaptors | $211.00 | $0.00 | $211.00 | $21.10 | $251.25 | brian beaird[bnbeaird@yahoo.] | (903)316-1404 | bnbeaird@yahoo.com |
| 98987 | 37849 | L4201 | Vinyl Pallet Banding Equipment | $178.75 | $0.00 | $178.75 | $17.88 | $212.85 | Robert Bollinger[NukesRGreen] | (817)831-1000 | RABollinger@Micro-Waste.com |
| 98988 | 37799 | L4202 | (4) Rolling Office Chairs | $115.05 | $0.00 | $115.05 | $11.51 | $137.00 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98989 | 37799 | L4203 | (2) Wooden Upholstered Chairs | $51.50 | $0.00 | $51.50 | $5.15 | $61.32 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 98990 | 37814 | L4204 | (2) Wooden Upholstered Chairs | $44.00 | $0.00 | $44.00 | $4.40 | $52.39 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98991 | 37814 | L4205 | (2) Wooden Upholstered Chairs | $38.05 | $0.00 | $38.05 | $3.81 | $45.31 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98992 | 37814 | L4206 | (2) Wooden Upholstered Chairs | $65.00 | $0.00 | $65.00 | $6.50 | $77.40 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98993 | 37814 | L4207 | (2) Wooden Upholstered Chairs | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | Rick Miller[ss6290] | (817)279-2100 | muleride@yahoo.com |
| 98995 | 37819 | L4209 | (4) Rolling Metro Style Racks | $325.00 | $0.00 | $325.00 | $32.50 | $386.99 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98996 | 37810 | L4210 | Approx (70) Misc Trash Bins | $157.00 | $0.00 | $157.00 | $15.70 | $172.70 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 98997 | 37789 | L4211 | (2) Ergotron Workstations | $394.00 | $0.00 | $394.00 | $39.40 | $433.40 | David Moore[dmoore.com] | (832)500-3180 | dmoore@dmoore.com |
| 98998 | 37819 | L4212 | (4) Metro Style Racks | $270.00 | $0.00 | $270.00 | $27.00 | $321.50 | Sanjay Naik[snaik] | (214)596-1500.2 | sanjay@eurekatextiles.com |
| 98999 | 37787 | L4213 | Shipping Supplies | $300.00 | $0.00 | $300.00 | $30.00 | $357.23 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 99000 | 37807 | L4214 | (3) Workstations | $260.00 | $0.00 | $260.00 | $26.00 | $309.60 | A. C. Campbell[bluebell] | (281)509-3057 | janiebug835@sbcglobal.net |
| 99001 | 37791 | L4215 | (1) Klein Tool Cart | $560.00 | $0.00 | $560.00 | $56.00 | $616.00 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 99002 | 37810 | L4216 | Misc Power Tools | $135.00 | $0.00 | $135.00 | $13.50 | $148.50 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 99003 | 37850 | L4217 | Misc Test Meters | $287.00 | $0.00 | $287.00 | $28.70 | $341.75 | Paula Rosson[Pkrosson] | (903)918-5193 | pkrosson@yahoo.com |
| 99004 | 37808 | L4218 | (2) Server Towers & (2) Server Racks | $52.50 | $0.00 | $52.50 | $5.25 | $57.75 | FRANK SAPORITO[fritomd] | (214)924-2787 | frank.saporito.md@gmail.com |
| 99005 | 37812 | L4219 | (18) Misc Steel Shelving Units | $506.00 | $0.00 | $506.00 | $50.60 | $556.60 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 99006 | 37787 | L4220 | Approx (50)+ Misc Computer Power Cords | $37.50 | $0.00 | $37.50 | $3.75 | $44.65 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 99007 | 37810 | L4221 | (9) Floor Mats | $335.00 | $0.00 | $335.00 | $33.50 | $368.50 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 99008 | 37810 | L4222 | (1) Rough Neck 4400LB Pallet Jack | $200.00 | $0.00 | $200.00 | $20.00 | $220.00 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 99009 | 37807 | L4223 | (5) Single Pedestal Tables | $32.50 | $0.00 | $32.50 | $3.25 | $38.70 | A. C. Campbell[bluebell] | (281)509-3057 | janiebug835@sbcglobal.net |
| 99011 | 37807 | L4225 | (1) Charbroil QuickSet BBQ w/Propane Tank | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | A. C. Campbell[bluebell] | (281)509-3057 | janiebug835@sbcglobal.net |
| 99013 | 37825 | L4227 | (1) Fire King Fireproof Cabinet | $490.00 | $0.00 | $490.00 | $49.00 | $583.47 | Moe Knight[mrknight3] | (903)893-0144.2 | mknight@hoytedodge.com |
| 99014 | 37810 | L4228 | (1) Fire King Fireproof Cabinet | $695.00 | $0.00 | $695.00 | $69.50 | $764.50 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 99015 | 37810 | L4229 | (1) Fire King Fireproof Cabinet | $670.00 | $0.00 | $670.00 | $67.00 | $737.00 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 99016 | 37810 | L4230 | (1) HON Fireproof Cabinet | $225.55 | $0.00 | $225.55 | $22.56 | $248.11 | Scott Beene[bigsandyisd] | (903)636-5318 | sbeene@bigsandyisd.org |
| 99017 | 37795 | L4241 | First Aid Equipment | $136.23 | $0.00 | $136.23 | $13.62 | $162.22 | michael vaughan[blockmaker] | (214)202-0708 | blockmakeroo@gmail.com |
| 99018 | 37807 | L4242 | (17) Misc Fans | $48.00 | $0.00 | $48.00 | $4.80 | $57.16 | A. C. Campbell[bluebell] | (281)509-3057 | janiebug835@sbcglobal.net |

Exhibit "A"

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99019 | 37851 | L4243 | (19) Misc Toolboxes | $77.00 | $0.00 | $77.00 | $7.70 | $91.69 | ricky fisher[rcgeneral] | (903)662-5231 | rcgeneral2000@yahoo.com |
| 99020 | 37791 | L4244 | Misc Tools | $610.00 | $0.00 | $610.00 | $61.00 | $671.00 | Will Rutledge[wksales] | (210)263-7548 | wksales.sa@gmail.com |
| 99021 | 37845 | L4245 | (11) Misc Carts | $402.00 | $0.00 | $402.00 | $40.20 | $478.68 | timothy goodwin[tgoodie] | (972)523-9452 | tgoodie10@yahoo.com |
| 99022 | 37852 | L4246 | (1) Microsoft Surface Tablet | $160.00 | $0.00 | $160.00 | $16.00 | $190.52 | David Asemota[drdavidsicool] | (214)606-5751 | doasemota45@netmail.dcccd.edu |
| 99023 | 37812 | L4247 | (1) Aluminum Dock Plate | $170.00 | $0.00 | $170.00 | $17.00 | $187.00 | Joseph Kwiatkowski[kwiatkowski] | (936)639-2114 | josephkwiatkowski@yahoo.com |
| 99024 | 37853 | L4248 | (1) APC Rack Air Removal Cooling System | $35.50 | $0.00 | $35.50 | $3.55 | $42.27 | Dennis Miller[dmiller662] | (972)998-4655 | thunderaudiollc@aol.com |
| 99025 | 37852 | L4250 | (1) Framed Print 43" x 46" | $40.05 | $0.00 | $40.05 | $4.01 | $47.69 | David Asemota[drdavidsicool] | (214)606-5751 | doasemota45@netmail.dcccd.edu |
| 99026 | 37852 | L4251 | (1) Framed Print 40" x 59.5" | $44.05 | $0.00 | $44.05 | $4.41 | $52.45 | David Asemota[drdavidsicool] | (214)606-5751 | doasemota45@netmail.dcccd.edu |
| 99027 | 37787 | L4252 | (30) Assorted Frames | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | Tiann Bagwell[Blueeyes381] | (915)202-5997 | Tiann381@gmail.com |
| 99028 | 37853 | L4253 | (3) Assorted Shelves | $56.23 | $0.00 | $56.23 | $5.62 | $66.96 | Dennis Miller[dmiller662] | (972)998-4655 | thunderaudiollc@aol.com |
| 99029 | 37834 | L4255 | (12) Assorted Whiteboards | $147.00 | $0.00 | $147.00 | $14.70 | $175.04 | Carlos Villalobos[cbvilla6] | (469)766-4870 | cbvilla6@hotmail.com |
| 99030 | 37799 | L4256 | (1) Framed Print 45" x 45" | $35.55 | $0.00 | $35.55 | $3.56 | $42.33 | Brian Beard[NorTex OFG] | (817)834-8000 | nortexofg@att.net |
| 99529 | 37864 | L4224 | (1) Picnic Table | $10.00 | $0.00 | $10.00 | $1.00 | $11.91 | fadya risheq[me2015] | (817)219-6633 | fadya2012@gmail.com |
| 99530 | 37865 | L4208 | (2) Wooden Upholstered Chairs | $13.50 | $0.00 | $13.50 | $1.35 | $16.08 | Stephen Seigler[stephenseigler] | (817)391-2229 | seigler.stephen@gmail.com |
| 99828 | 37887 | L4089 | Dining Room Set | $175.00 | $0.00 | $175.00 | $17.50 | $208.38 | David Sanchez[DSanchez] | (512)921-6473 | cpap40@yahoo.com |
| 99863 | 38126 | L4031 | 16' Conference Table | $301.00 | $0.00 | $301.00 | $30.10 | $358.42 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 99864 | 37909 | L4085 | (1) Rolling Ergotron Workstation | $84.00 | $0.00 | $84.00 | $8.40 | $100.02 | David Sanchez[DSanchez] | (512)921-6473 | cpap40@yahoo.com |
| 99964 | 38127 | L4378 | Large Lot of Assorted Server Room Equipment | $1,801.00 | $0.00 | $1,801.00 | $180.10 | $1,981.10 | Marshall Holland[CUParadise] | (972)226-2632 | marshall@tech-away.com |
| 99965 | 38128 | L4379 | (1) HON Fire Rated File Cabinet | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | ricky fisher[rcgeneral] | (903)662-5231 | rcgeneral2000@yahoo.com |
| 99966 | 38129 | L4380 | (2) Digital Sprite 2 Surveillance DVR's by Dedicated Micros | $85.00 | $0.00 | $85.00 | $8.50 | $101.21 | Jave Blackburn[javes1] | (469)571-8263 | javoliver1@gmail.com |
| 99967 | 38126 | L4381 | (32) Assorted File Cabinets | $267.00 | $0.00 | $267.00 | $26.70 | $317.93 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 99970 | 38130 | L4249 | (2) Linen Carts | $32.50 | $0.00 | $32.50 | $3.25 | $38.70 | Tom Shaffer[tomshaffer] | (512)252-1664 | tomshaffer@sbcglobal.net |
| 99971 | 38131 | L4184 | Assorted Cables | $180.00 | $0.00 | $180.00 | $18.00 | $214.34 | Ray Wanza[rbwanza] | (214)243-0266 | rbwanza@sbcglobal.net |
| 99972 | 38132 | L3233 | Assorted A/V Stands/Mounts | $40.50 | $0.00 | $40.50 | $4.05 | $48.23 | Mark Turner[mpturner21] | (469)667-8447 | mark@gotoitguy.net |
| 99974 | 38126 | L3235 | (5) Metal Racks | $65.00 | $0.00 | $65.00 | $6.50 | $77.40 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 99975 | 38126 | L3236 | Assorted Whiteboards and Office Mats | $205.00 | $0.00 | $205.00 | $20.50 | $244.10 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 99976 | 38126 | L3237 | (1) Wall Mounted Projector Screen / Whiteboard | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 99977 | 38126 | L3238 | (1) Wooden Table Approximately 72" x 72" | $30.00 | $0.00 | $30.00 | $3.00 | $35.72 | TINH TIEU[tinhtieu55] | (214)564-3862 | tinhtieu55@yahoo.com |
| 99978 | 38133 | L3239 | Assorted Furniture | $106.00 | $0.00 | $106.00 | $10.60 | $116.60 | charles harrell[phishin] | (817)487-6448 | charles@robinhoodoffice.com |
| 99980 | 38130 | L4155 | (3) Column Sentry Column Protectors | $10.00 | $0.00 | $10.00 | $1.00 | $11.91 | Tom Shaffer[tomshaffer] | (512)252-1664 | tomshaffer@sbcglobal.net |
| | | | Totals | $62,659.67 | $0.00 | $62,659.67 | $6,265.97 | $72,436.90 | | | |

**Total Auction Sales**    $62,659.67

**Total BP Retained by Auctioneer**    $6,265.97

Shattuck LLC.

650 Canion St

Austin, TX 78752

(512)482-0270 (800)999-6852 (fax) (512)478-4888

info@shattuck.com

www.shattuck.com

Exhibit "A"



Interphase Corporation

c/o Mark Weisbart, Trustee

4240 International Pkwy Suite 105

Carrollton, Texas  75007

**Bankruptcy Direct Sale Report Case No. 15-41732**

| Item ID | Invoice | Lot # | Title | Price | Fee | Total Paid | Buyer | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|
| 99517 | - | MW1 | Approx. 4,073 Anydata DTW-200-D Wireless Module C | $89,606.00 | $2,036.50 | $91,642.50 | Buchanan Ingersoll & Rooney | 412.562.8432 | christopher.schueller@bipic.com |
| | | | Totals | $89,606.00 | $2,036.50 | $91,642.50 | | | |

| | |
|---|---|
| **Total Direct Sales** | $89,606.00 |
| **Total Fee Retained by Auctioneer** | $2,036.50 |

Shattuck LLC.

650 Canion St

Austin, TX 78752

(512)482-0270 (800)999-6852 (fax) (512)478-4888

info@shattuck.com

www.shattuck.com

Exhibit "A"

**Addendum #1**

**Expense Detail for Interphase, Corp.,
Case No.15-41732**

**Merchant Services**

|  |  |  |
|---|---|---|
| Total Proceeds Collected: | $ | 160,919.40 |
| Checks/Cash Collected: | $ | (91,742.72) |
| Total MS Trans | $ | 69,176.68 |
| **Total MS fees (2.5%)** | **$** | **1,729.42** |

**Labor**

|  |  |  |
|---|---|---|
| Interphase Prep & Set Up | $ | 4,900.50 |
| Interphase Preview | $ | 150.00 |
| Interphase Check Out, Removal and Facility Clean Up | $ | 2,640.00 |
| **Total Labor** | **$** | **7,690.50** |

**Advertising/Marketing**

|  |  |  |
|---|---|---|
| AuctionZIP posting | $ | 10.00 |
| **Total Advertising** | **$** | **10.00** |

**Moving & Off-Site Storage**

|  |  |  |
|---|---|---|
| Prep & MovingLocation to Storage | $ | 1,297.50 |
| Prep & Moving Files to Storage | $ | 696.00 |
| Offsite Warehouse Storage November | $ | 660.00 |
| Offsite Warehouse Storage December | $ | 660.00 |
| Offsite Warehouse Storage January | $ | 660.00 |
| **Total Moving & Storage** | **$** | **3,973.50** |

|  |  |
|---|---|
| $ | 13,403.42 |

Exhibit "B"