

EOD

02/18/2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Interphase Corporation
4240 International Pkwy
Suite 105
Carrollton, TX 75007
EIN: 75-1549797
Debtor

Case No. 15-41732 btr
Chapter: 7

## ORDER STRIKING DEFICIENT PROOF OF CLAIM FROM CLAIMS REGISTRY

**ON January 28, 2016**, this Court issued a Notice of Intent to Strike Deficient Proof of Claim From Claims Registry in which the Court directed that, in the absence of the filing of an amended proof of claim by James C. Poole, Jr. within a period of fourteen (14) days from the Notice, that cures fundamental deficiencies in Claim No. 19 and that substantially complies with the requirements of 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a), and Official Form B410, the above-referenced proof of claim filed on January 20, 2016 would be stricken without further notice or hearing. The Court finds that no amended proof of claim has been filed in compliance with the Court's order. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that Claim No. 19 filed by James C. Poole, Jr. on January 20, 2016 is hereby declared **NULL** and **VOID** and is hereby **STRICKEN** from the claims registry of the above-referenced case for its failure to fulfill the fundamental requirements for a proof of claim under 11 U.S.C. §501(a), Fed. R. Bankr. P. 3002(a) and/or Official Form B410.

Signed on 2/18/2016

SR
_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE