IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN THE MATTER OF:

CASE NO. 15-41732

INTERPHASE CORPORATION

DEBTOR                                                     CHAPTER 7

RELEASE OF CLAIM #1
FILED ON BEHALF OF THE
COUNTY OF DENTON

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for the County of Denton, and is authorized to release Claim #1, filed in the amount of $9,297.34.

2. The basis for this release is that the property tax accounts upon which this claim was based have been paid.

3. Therefore, claim number 1 is hereby released.

Date:  May 26, 2016

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for the County of Denton
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200
(512) 323-3205 (fax)

*/s/Lee Gordon*
Lee Gordon
State Bar Number 08212500