## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

### SECOND REPORT OF SALE

COMES NOW Mark A. Weisbart, Trustee, and files this Second Report of Sale as follows:

1.  Pursuant to the Order Approving Motion To Approve Sale of Assets Through Auction Free and Clear of Liens, Claims and Encumbrances entered on October 30, 2015, the Trustee's duly employed auctioneer, Shattuck, LLC ("Shattuck"), conducted an online sale of inventory from April 18, 2016 through May 2, 2016 and directly sold 11,375 pieces of SWL-N10S Chips.  A copy of the high bidders is attached hereto as Exhibit "A".

2.  The sale brought a total of $44,321.25, including a buyer's premium paid by purchasers of $1,702.50 and a direct sale fee of $2,843.75.  The items sold and prices are also listed on Exhibit "A". The Trustee has received the gross proceeds of $39,775.00 (not including the buyer's premium and direct sale fee).

3.  The Order Approving Employment of Auctioneer authorized Auctioneer to collect and retain a 10% buyer's premium on sales of estate property. Accordingly, Shattuck has collected a total of $1,702.50 as a buyer's premium.

4.  The expenses connected with this sale are itemized on Exhibit "B" and will be subject to a formal request for reimbursement in the immediate future.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court accept this Second Report of Sale.

        Respectfully Submitted,

        /s/ Mark A. Weisbart
        Mark A. Weisbart
        Texas Bar No. 21102650
        THE LAW OFFICE OF MARK A. WEISBART
        12770 Coit Road, Suite 541
        Dallas, Texas 75251
        (972) 628-4903 Phone
        (972) 628-4905 Fax
        weisbartm@earthlink.net

        COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the below listed parties either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 21st day of June, 2016.

Office of the U.S. Trustee
110 North College, Suite 300
Tyler, TX 75702

        /s/ Mark A. Weisbart
        Mark A. Weisbart



Interphase Corporation

c/o Mark Weisbart, Trustee

4240 International Parkway, Ste 105

Carrollton, TX 75007

**Bankruptcy Auction Report Case No. 15-41732**

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | Total | High Bidder | H.B. Address | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105866 | 40439 | L8401 | Penveu Interactive Display System Assembly Components, Parts, and Produ | $13,000.00 | $0.00 | $13,000.00 | $1,300.00 | $14,300.00 | refael bekhor[raki | 6305 skyline driveh | (713)974-2001 | raffi@rakicomp.com |
| 105867 | 40439 | L8407 | (68) Boxes of 3.7V Lithium Polymer Batteries (210/box) | $4,025.00 | $0.00 | $4,025.00 | $402.50 | $4,427.50 | refael bekhor[raki | 6305 skyline driveh | (713)974-2001 | raffi@rakicomp.com |
|  |  |  | Totals | $17,025.00 | $0.00 | $17,025.00 | $1,702.50 | $18,727.50 |  |  |  |  |

Total Auction Sales    $17,025.00

Total BP Retained by Auctioneer    $1,702.50

Shattuck LLC

650 Canion St

Austin, TX 78752

(512) 482-0270 (800) 999-6852 (fax) (512) 478-4888

info@shattuck.com

www.shattuck.com

Exhibit "A"



# Sales Report

May 17, 2016

Mark A Weisbart
12770 Coit Rd, Suite 541
Dallas, TX 75251

RE: Interphase Corp.
Case No. 15-41732
Sale Date:  04/18/16 – 05/02/16

Sale of Assets for Interphase Corp.

| | |
|---|---:|
| Sale by Auction | $17,025.00 |
| Buyer Premium Collected on Sale | $1,702.50 |
| **Total Auction Proceeds** | **$18,727.50** |
| | |
| Sale by Direct Sale | $22,750.00 |
| Fee for Direct Sale | $2,843.75 |
| **Total Direct Sale Proceeds** | **$25,593.75** |
| | |
| **Total Funds Collected for All Sales** | **$44,321.25** |

| | |
|---|---:|
| **Total Remitted to Trustee (Shattuck Check #2021)** | **$39,775.00** |
| **Total Buyer Premium & Fees Retained by Auctioneer** | **$4,546.25** |

**Reimbursable Expenses:**

| | |
|---|---:|
| Wire Service Fee | $30.00 |
| Labor Auction Set Up, Preview, Removal & Clean Up | $1,097.50 |
| Marketing Expense | $10.00 |
| Shipping Costs | $51.73 |
| **Total Reimbursable Expenses** | **$1,189.23** |
| | |
| **Total Due to Shattuck** | **$1,189.23** |