## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

### THRID REPORT OF SALE

COMES NOW Mark A. Weisbart, Trustee, and files this Third Report of Sale as follows:

1. Pursuant to the Order Approving Motion To Approve Sale of Assets Through Auction Free and Clear of Liens, Claims and Encumbrances entered on October 30, 2015, the Trustee's duly employed auctioneer, Shattuck, LLC ("Shattuck"), conducted an online sale of equipment from May 26, 2016 through June 3, 2016. A copy of the high bidders is attached hereto as Exhibit "A".

2. The sale brought a total of $839.85, including a buyer's premium paid by purchasers of $76.35. The items sold and prices are listed on Exhibit "A". The Trustee has received the gross proceeds of $763.50 (not including the buyer's premium).

3. The Order Approving Employment of Auctioneer authorized Auctioneer to collect and retain a 10% buyer's premium on sales of estate property. Accordingly, Shattuck has collected a total of $76.35 as a buyer's premium.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court accept this Third Report of Sale.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
(972) 628-4905 Fax
weisbartm@earthlink.net

COUNSEL FOR CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the below listed parties either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 16th day of August, 2016.

Office of the U.S. Trustee
110 North College, Suite 300
Tyler, TX 75702

/s/ Mark A. Weisbart
Mark A. Weisbart

**SHATTUCK** EST. 1987

Interphase Corporation

c/o Mark Weisbart, Trustee

4240 International Parkway, Ste 105

Carrollton, TX 75007

**Bankruptcy Auction Report Case No. 15-41732**

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | High Bidder | H.B. Address | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109374 | 41375 | L11967 | (5) Misc. Desktop Computers | $30.00 | $0.00 | $30.00 | $3.00 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109375 | 41375 | L11968 | (5) Misc. HP Desktop Computers | $110.00 | $0.00 | $110.00 | $11.00 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109376 | 41375 | L11969 | (4) Misc. Server Towers | $61.00 | $0.00 | $61.00 | $6.10 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109377 | 41375 | L11970 | (4) Misc. Dell Dimension Desktop Compute | $30.00 | $0.00 | $30.00 | $3.00 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109378 | 41376 | L11971 | (4) Misc. Server Towers | $32.50 | $0.00 | $32.50 | $3.25 | Gabriel Saldivar[jeremias63] | Carlos Salazar 611 Ote Cen | (528)182-5353.2 | gdsaldivar@yahoo.com |
| 109379 | 41375 | L11972 | (4) Dell OptiPlex 760 Desktop Computers | $81.00 | $0.00 | $81.00 | $8.10 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109380 | 41375 | L11973 | (5) Misc. Dell Desktop Computers | $41.50 | $0.00 | $41.50 | $4.15 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109381 | 41375 | L11974 | (4) Misc. Dell Desktop Computers | $52.50 | $0.00 | $52.50 | $5.25 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109382 | 41377 | L11975 | (4) Misc. IBM ThinkPad Laptop Computers | $60.00 | $0.00 | $60.00 | $6.00 | Clay Cardenas[ClayCC] | 5006 Sitca Street Spring, Te | (281)885-9955 | ogclaystick@gmail.com |
| 109383 | 41378 | L11976 | (5) Misc. IBM ThinkPad Laptop Computers | $52.50 | $0.00 | $52.50 | $5.25 | Rufino Coronado[rcoron] | 131 geronimo cove Kyle, Te | (512)665-7818 | rufinocoronado@yahoo.com |
| 109384 | 41378 | L11977 | (4) Misc. IBM Laptop Computers | $62.50 | $0.00 | $62.50 | $6.25 | Rufino Coronado[rcoron] | 131 geronimo cove Kyle, Te | (512)665-7818 | rufinocoronado@yahoo.com |
| 109385 | 41375 | L11978 | (4) Misc. IBM Laptop Computers | $37.50 | $0.00 | $37.50 | $3.75 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109386 | 41375 | L11979 | (4) Misc. Dell Laptop Computers | $80.00 | $0.00 | $80.00 | $8.00 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| 109387 | 41375 | L11980 | (4) Misc. Laptop Computers | $32.50 | $0.00 | $32.50 | $3.25 | CIPRIANO ZAPATA[CIPRIANOMEDICOS | CARDENAL 1600A EXPOC | (811)738-7625 | erick.lugo@dalamedical.com.mx |
| | | | Totals | $763.50 | $0.00 | $763.50 | $76.35 | | | | |

**Total Sales** $763.50

**Total BP Retained by Auctioneer** $76.35

Shattuck LLC.

650 Canion St

Austin, TX 78752

(512)482-0270 (800)999-6852 (fax) (512)478-4888

info@shattuck.com

www.shattuck.com

Exhibit "A"



# Sales Report

June 14, 2016

Mark A Weisbart
12770 Coit Rd, Suite 541
Dallas, TX 75251

RE: Interphase Corp.
Case No. 15-41732
Sale Date: 05/26/16 – 06/03/16

Sale of Assets for Interphase Corp.
| | |
|---|---|
| Sale by Auction | $763.50 |
| Buyer Premium Collected on Sale | $76.35 |
| **Total Auction Proceeds** | **$839.85** |

| | |
|---|---|
| **Total Funds Collected** | **$839.85** |

| | |
|---|---|
| **Total Remitted to Trustee (Shattuck Check #2064)** | **$763.50** |
| **Total Buyer Premium & Fees Retained by Auctioneer** | **$76.35** |