FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 JAN 19 PM 1:06

CLERK, U S BANKRUPTCY COURT

BY_____DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____Sherman_____ DIVISION

INTERPHASE CORPORATION
_____
DEBTOR(S)

15-41732
_____
CASE NO.

I am a __Creditor__ in the above referenced bankruptcy case.

My **PREVIOUS** address is: **246 Ward Neal Road**
**Bells, TX 75414-3300**

Please **CHANGE** to the new address: **PO Box 703767**
**Dallas, TX 75370**

DATE: 1/17/17

DEBTOR SIGNATURE: _____

JOINT DEBTOR SIGNATURE _____
(If filed by Debtor)

NAME OF CREDITOR: **Kimberly Rodgers**

AUTHORIZED SIGNATURE: _/s/ Kimberly Rodgers_

TITLE: **Former Employee**
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
660 N. Central Expwy, Suite 300B
Plano, TX 75074