# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No. 15-41732 |
| INTERPHASE CORPORATION | Chapter 7 |
| Debtor | |

## REQUEST FOR HEARING ON TRUSTEE'S MOTION TO ESTABLISH BAR DATE FOR FILING PROOFS OF INTEREST BY SHAREHOLDERS

Mark A. Weisbart ("Trustee"), files this Request for Hearing on Trustee's Motion to Establish Bar Date for Filing Proofs of Interest by Shareholders (the "Request"), and in support hereof would respectfully show the Court as follows:

1. On January 20, 2017, Trustee filed his Motion to Establish Bar Date for Filing Proofs of Interest by Shareholders (the "Bar Date Motion") requesting a bar date for equity holders.

2. Trustee requests that a hearing be conducted following expiration of the suspense period on February 9, 2017. Trustee believes the hearing will be no more than fifteen (15) minutes. Trustee wishes to address whether the Court's website could be used to access the proposed Interest Form as well as any other related matters.

3. Based on the foregoing, Trustee believes that it is in the estate's best interest for the Bar Date Motion to be set for hearing as requested.

WHEREFORE, the Trustee prays that the Court enter an Order setting a hearing as requested above and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
(972) 628-4905 Fax
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served on the attached mailing list either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid no later than this the 20th day of January, 2017.

/s/ Mark A. Weisbart
Mark A. Weisbart