# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO ESTABLISH BAR DATE FOR FILING PROOFS OF INTEREST BY SHAREHOLDERS

PLEASE TAKE NOTICE that the Trustee's Motion to Establish Bar Date for Filing Proofs of Interest by Shareholders is set for hearing on February 14, 2017, at 9:30 a.m. in the courtroom of the Honorable Brenda Rhoades, 660 North Central Expressway, 3rd Floor, Plano, TX 75094.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
(972) 628-4905 Fax
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument, along with the Order Granting Request, were served on the parties listed on the attached mailing list either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid this the 20th day of January, 2017.

/s/ Mark A. Weisbart
Mark A. Weisbart