Bruno Ferreira

10 Rue Edouard Detaille

92100 Boulogne Billancourt

France

FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 JAN 26  AM 11: 34

CLERK, U S BANKRUPTCY COURT

BY_____DEPUTY CLERK

Honorable Brenda T. Rhoades

660 North Central Expressway

Suite 300 B

Plano, TX 75074

United States of America

Boulogne Billancourt, on January 17th 2017

Ref : Case No. 15-41732 Interphase Corporation

Your Honor,

It took me a lot of time to find somebody among my friends to understand the different letters received and able to answer as I do not speak english.

I would like to hereby ask you kindly to stop sending me documents about this case as I never been involved in any way with Interphase Corporation, never been in relation with them as a supplier, a customer, a shareholder or an employee and never any financial interest involved.

I have never been visiting the USA, which I do regret, but my total lack of english prevented me to do so.

Therefore, I truly and fully wonder why I am receiving these documents. May be you could provide some explanations to me ?

Meanwhile, I should appreciate if you could make sure that I shall not received anymore any documents about this case.

Respectfully yours,

Bruno Ferreira