FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 JAN 27  AM 11: 51

CLERK, U S BANKRUPTCY COURT

BY_____DEPUTY CLERK

Jim Carroll
1612 Watercliff Drive
Lago Vista, TX 78645
January 24, 2017

United States Bankruptcy Court
For the Eastern District of Texas
660 N. Central Expressway
Suite 300B
Plano, TX 75074

In Re: Interphase Corporation
Case No. 15-41732
Chapter 7

To Whom It May Concern:

This letter is to inform you that I have a new mailing address. Please update your records to replace my previous address:

Jim Carroll
1918 Rocky Top Circle
Dallas, TX 75252

with the following **new** address:

Jim Carroll
1612 Watercliff Drive
Lago Vista, TX 78645

Thank you for your prompt attention to this matter.

Sincerely,

*(signature)*

Jim Carroll
enclosure
972-742-5803

FRI-50504 0540-4 pdf400 15-41732
Evan R. Baker
1601 Elm Street
Suite 3000
Dallas, TX 75201

003619 3619 1 AT 0.396 75252 8 7 8205-1-3619

Jim Carroll
6918 Rocky Top Circle        1612 Watercliff Drive
Dallas, TX 75252-6112        Lago Vista, TX 78645

[both original address lines struck through]

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time.

**We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedures, to reflect any change.**

If the Change of Address information should not be used, please contact your local Postmaster to correct the Change of Address information that has been filed with the Postal Service.

003619    50504003622012