## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

INTERPHASE CORPORATION

                            Debtor

Case No. 15-41732
Chapter 7

## TRUSTEE'S NOTICE OF INTENT TO ABANDON PATENTS

NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN FOURTEEN (14) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW Mark A. Weisbart, Trustee, and pursuant to 11 U.S.C. § 554(a) files this Notice of Intent to Abandon Patents and in support hereof, would show the Court as follows:

1.      In connection with his duties in this case, Trustee has evaluated all scheduled non-exempt assets of this case, including all patents owned by the Debtor as of the filing of the case. A list of those patents is attached hereto as Exhibit "A".  Through various channels, Trustee has explored the sale of the patents and has attempted to market the patents without success.  Further, there are ongoing costs to maintain the patents in various countries and in the United States.  As a result, Trustee has determined the patents have no or nominal value to the Estate and that such assets should be abandoned.

2.      Pursuant to 11 U.S.C. § 554(a), unless a timely objection to this Notice is filed pursuant to Rule 6007 of the Rules of Bankruptcy Procedure, this Notice of Abandonment shall become automatically effective.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties listed on the attached mailing list either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid this 8th day of February, 2017.

/s/ Mark A. Weisbart
Mark A. Weisbart

| P01 | Country | Provisional No. | Prov. F/D | Appl. S.N. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status | Action | Deadline | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interactive Display System | US | 61/314,437 | 03/16/10 | 13/025,015 | 02/10/11 | US 2011/0227827 | 9/22/2011 | 8217997 | 07/10/12 | Patented | Mtce Fee | 01/10/16 | extendible 6 mos with surcharge | |
| | US | | | 13/491,855 | 06/08/12 | US 2012/0244940 | 3/27/2012 | | | Pending | Response due | 01/29/16 | witn 3 EOT | |
| | PCT | | | PCT/US2011/027376 | 03/07/11 | WO 2011/115764 | 9/22/2011 | | | Expired | | | | |
| | CN | | | 201180013837.4 | 09/13/12 | CN102792245 | 11/21/2012 | | | Pending | Examined | 04/29/16 | to be abandoned | |
| | EP | | | 11756723.0 | 09/12/12 | EP2548102 | 1/23/2013 | | | Pending | Mtce Fee | 09/30/16 | revival; not extendible | |
| | IN | | | 8503/CHENP/2012 | 10/04/12 | IN 01/2015 | 01/02/15 | | | Pending | | | | |
| | JP | | | 2013-500071 | 09/14/12 | JP2013522766 | 6/13/2013 | | | Pending | Respond to decision of rejection | 04/24/16 | to be abandoned | |
| | KR | | | 10-1012-7026764 | 10/12/12 | KR20130016277 | 2/14/2013 | | | Pending | Req Exam | 03/07/16 | | |
| | | | | | | | | | | | | | | |
| P04 | | | | | | | | | | | | | | |
| Visual Pairing | US | 61/449,305 | 03/04/11 | 13/406,143 | 02/27/12 | US 2012/0223883 | 9/6/2012 | 8446364 | 05/21/13 | Issued | | | | |
| | PCT | | | PCT/US2012/027271 | 03/01/12 | WO 2012/121969 | 9/13/2012 | | | Pending | | | | |
| | CN | | | 2.0128E+11 | 09/03/13 | CN103403791 | 11/20/2013 | ZL 201280011597.9 | 8/19/2015 | Issued | Annuity | 09/01/16 | revival; not extendible | |
| | JP | | | 2013-556858 | 09/03/13 | 2014-512590 | 5/22/2014 | | | | Response due | 05/25/16 | | |
| | IN | | | 8005/DELNP/2013 | 09/12/13 | IN 50/2014 | 12/12/14 | | | | | | | |
| | EP | | | 12755651.2 | 09/11/13 | EP2681731 | 1/8/2014 | | | | Abandoned | | | |
| | KR | | | 10-2013-7026094 | 10/02/13 | KR20130127533 | 11/22/2013 | 1461353 | 11/6/2014 | Issued | | | | |
| | | | | | | | | | | | | | | |
| P05 | | | | | | | | | | | | | | |
| Folding Projection Computer | US | | | | | | | | | | No file | | | |
| | | | | | | | | | | | | | | |
| P06 | | | | | | | | | | | | | | |
| Visual and Inertial Positioning | US | 61/558,140 | 11/10/11 | | | | | | | Abandoned 8/30/12 | | | | |
| Sensor Fusion | US | 61/697,342 | 09/06/12 | 14/018695 | 09/05/13 | US 2014/0062881 | 3/6/2014 | 9024876 | 5/5/2015 | Issued | | | | |
| | PCT | | | PCT/US13/58269 | 09/05/13 | WO 2014/039685 | 3/13/2014 | | | Nat'l Stage | | | | |
| | EP | | | 13835921.1 | 3/31/2015 | EP2893422 | 7/15/2015 | | | | Response | 11/04/16 | 9/4 instructions to associate | Renewal due 9/30 |
| | JP | | | 2015-531198 | 3/5/2015 | | | | | | Req Exam | 09/05/16 | 8/5 instructions to associate | |
| | CN | | | 201380046710.1 | 3/6/2015 | | | | | | | | | |
| | IN | | | 2155/DELNP/2015 | 3/17/2015 | | | | | | | | | |
| | KR | | | 10-2015-7008764 | 4/6/2015 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| P07 | | | | | | | | | | | | | | |
| Visual Motion Transformation | US | 61/700,561 | 09/13/12 | | | | | | | | US/PCT | (see P06) | | |
| Using Inertial Attitude | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| P08 | | | | | | | | | | | | | | |
| Visual motion compensation | US | 61/716,308 | 10/19/12 | 14/056,286 | 10/17/13 | US 2014/0111433 | 4/24/2014 | 8982050 | 3/17/2015 | Issued | | | | |
| for targeting system | | | | | | | | | | | | | | |
| Visual Motion Transformation | US | 61/718,985 | 10/26/12 | | | | | | | | | | | |
| for targeting system (pt 2) | | | | | | | | | | | | | | |
| | PCT | | | PCT/US13/65407 | 10/17/13 | WO 2014/062906 | 4/24/2014 | | | | | | | |
| | CN | | | 201380053862.4 | 04/15/15 | | | | | | Req Exam | 03/03/18 | non-extendible | |
| | EP | | | 13848015.7 | 04/17/15 | EP2909701 | 8/26/2015 | | | | Annuity | 04/29/17 | | |
| | IN | | | 2146/CHENP/2015 | 04/15/15 | | | | | | Req Exam | 10/19/16 | | |
| | JP | | | 2015-537819 | 04/17/15 | 2015-535378 | 12/10/2015 | | | | Req Exam | 10/17/16 | | |
| | KR | | | 10-2015-7012172 | 05/08/15 | | | | | | | | | |
| | | | | | | | | | | | | | | |
| P09 | | | | | | | | | | | | | | |
| Synchronization for rolling shutter | US | 61/871,377 | 08/29/13 | 14/473,516 | 8/29/2014 | US 2015/0062013 | 3/5/2015 | | | | Response due | 04/28/16 | | |
| | | | | | | | | | | | | | | |
| | PCT | | | PCT/US14/52874 | 8/27/2014 | WO 2015/031456 | 3/5/2015 | | | | Nat'l Stage | 02/23/16 | abandoned | |
| | EP | | | 14839161.8 | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| P10 | | | | | | | | | | | | | | |
| Interactive Whiteboard Auto Calibration | US | 61/913,767 | 12/09/13 | | | | | | | | | | | |
| | US | 62/205,947 | 08/17/15 | | | | | | | | US/PCT | 08/17/16 | | |
| | | | | | | | | | | | | | | |
| P11 | | | | | | | | | | | | | | |
| Remote Sensitivity Reduction | US | 61/920,816 | 12/26/13 | | | | | | | | Nat'l Stage | 06/26/16 | | |
| | | | | | | | | | | | | | | |
| | PCT | | | PCT/US14/71812 | 12/22/2014 | WO 2015/100205 | 7/2/2015 | | | | Nat'l Stage | 06/26/16 | | |
| | | | | | | | | | | | | | | |
| P12 | | | | | | | | | | | | | | |
| Regional Visual Target Enhancement | US | 61/925,718 | 01/10/14 | | | | | | | | | | | |

Exhibit "A"

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P13 | | | | | | | | | | | | | |
| Interactive Display Auto Adjustment | US | 62/016,690 | 6/25/2014 | | | | | | | | | | |
| | US | 62/196,617 | 7/24/2015 | | | | | | | US/PCT | 07/24/16 | | |
| P14 | | | | | | | | | | | | | |
| Controlling absolute pointer position | US | 62/196,605 | 7/24/2015 | | | | | | | US/PCT | 07/24/16 | | |
| over a relative protocol | | | | | | | | | | | | | |
| D01 | | | | | | | | | | | | | |
| Electronic Pointing Device | US | | | 29/406,299 | 11/11/11 | | | | Pending | Allowed: IF due | 11/12/15 | PTR | |
| | AU | | | 12251/2012 | 05/09/12 | | 343175 | 05/10/12 | Registered | Renewal | 05/10/17 | | |
| | CN | | | | 05/11/12 | | ZL 201230185044.8 | 01/02/13 | Registered | Renewal | 05/11/16 | | |
| | IN | | | 245228 | 05/10/12 | | 245228 | 11/07/12 | Registered | All renewals paid | | | |
| | EP | | | 1326367 | 05/10/12 | | 1326367-001 | 05/10/12 | Registered | Renewal | 05/10/17 | | |
| | KR | | | 30-2012-0022625 | 05/09/12 | | 30-0670984 | 11/29/12 | Registered | Renewal | 05/29/16 | grace period; not extendible | |
| | JP | | | 11058/2012 | 05/11/12 | | 1459879 | 12/14/12 | Registered | Renewal | 12/14/16 | | |