Bruno Ferreira

10 Rue Edouard Detaille

92100 Boulogne Billancourt

France

Mark A. Weisbart

The Law Office of Mark A. Weinsbart

12270 Coit Road, Suite 541

Dallas, TX 75521

United States of America

FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
2017 FEB -9 AM 11:56
CLERK, U S BANKRUPTCY COURT
BY_____ DEPUTY CLERK

Boulogne Billancourt, on January 17th 2017

Ref : Case No. 15-41732 Interphase Corporation

Dear Sir,

It took me a lot of time to find somebody among my friends to understand the different letters received and able to answer as I do not speak english.

I would like to hereby ask you kindly to stop sending me documents about this case as I never been involved in any way with Interphase Corporation, never been in relation with them as

a supplier, a customer, a shareholder or an employee and never any financial interest involved.

I have never been visiting the USA, which I do regret, but my total lack of english prevented me to do so.

Therefore, I truly and fully wonder why I am receiving these documents. May be you could provide some explanations to me ?

Meanwhile, I should appreciate if you could make sure that I shall not received anymore any documents about this case.

Respectfully yours,

Bruno Ferreira