# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: | |
| | Case No. 15-41732 |
| INTERPHASE CORPORATION | Chapter 7 |
| Debtor | |

## ORDER APPROVING MOTION TO APPROVE COMPROMISE
## AND SETTLEMENT WITH GREGORY B. KALUSH

ON this date, came on for consideration the Motion to Approve Compromise and Settlement with Gregory B. Kalush (the "Motion") filed by Mark A. Weisbart, Chapter 7 Trustee for the bankruptcy estate of Interphase Corporation ("Trustee"), seeking approval of a compromise and settlement agreement between the Debtor's bankruptcy estate and Gregory B. Kalush. The Court having reviewed the Motion, and finding no objection filed to the Motion despite sufficient and adequate notice of the Motion having been provided to all creditors and parties in interest, and that the settlement proposed therein is fair and equitable and is in the best interests of the Debtor's bankruptcy estate; accordingly, it is hereby

ORDERED that the Motion shall be and is hereby approved; it is further

ORDERED that the Trustee is authorized to execute all documents necessary to implement and consummate the terms of the settlement as set forth in the Agreement, including, without limitation, submitting such orders to the Court for entry in regards to same.

IT IS SO ORDERED.

Signed on 4/25/2017

*Brenda T. Rhoades*    SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE