

**EOD**

04/25/2017

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

INTERPHASE CORPORATION

                  Debtor

Case No. 15-41732
Chapter 7

### AGREED ORDER ONTRUSTEE'S AMENDED OBJECTION TO THE
### CLAIM OF GREGORY B. KALUSH, PROOF OF CLAIM NO. 14

Mark A. Weisbart, Chapter 7 Trustee for the bankruptcy estate of Interphase Corporation ("Trustee"), and Gregory B. Kalush ("Claimant") having settled the *Amended Objection to Claim No. 14 of Gregory B. Kalush* filed by the Trustee on March 1, 2017 [Doc. No. 148] (the "Objection"), as approved by the Court by that certain *Order Approving Motion to Approve Compromise and Settlement with Gregory B. Kalush* [Doc. No.160] (the "Settlement Order"), and pursuant to such settlement, it is hereby

ORDERED that the proof of claim filed by Gregory B. Kalush designated as Claim No. 14 on the Claims Register (the "Claim") shall be and is hereby allowed as a general unsecured claim in the amount of $375,183.36 (the "Allowed Claim Amount") pursuant to 11 U.S.C. § 502(b)(7); it is further

ORDERED that to the extent the Claim exceeds the Allowed Claim Amount, the Claim shall be and is hereby disallowed.

IT IS SO ORDERED.

Signed on 4/25/2017

*Brenda T. Rhoades*    SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO
FORM AND SUBSTANCE:


Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
~~weisbartm@earthlink.net~~ Mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE


Gregory B. Kalush
2402 Danbury Drive
Colleyville, TX  76034

CLAIMANT