IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

**TRUSTEE'S THIRD INTERIM APPLICATION FOR**
**COMPUTER EXPERT FOR PAYMENT OF FEES**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW Mark A. Weisbart, Chapter 7 Trustee ("Trustee") in the above-numbered bankruptcy case, and files this Third Interim Application for Computer Expert for Payment of Fees and, in support hereof, would show the Court the following:

1.      On September 30, 2015, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor. Mark A. Weisbart is the duly appointed Trustee.

2.      Trustee is the duly acting and appointed Chapter 7 Trustee in this case.

3.      Pursuant to this Motion, Digital Discovery seeks fees totaling $15,000.00. A copy of the billing statements are attached hereto as Exhibit "A".

4.      The services performed by Digital Discovery included the on-site data extraction and transfer of the Debtor's electronic data from multiple servers and an SAP/UNX system which housed most of the Debtor's financial records.

5.      Professional fees incurred by professionals, including computer experts, for a trustee are subject to the standards set forth in the case of In Re: First Colonial Corp., 544 F.2d 1291, 1298-99 (5th Cir. 1977), cert. denied, 431 U.S. 904 (1977). Most of these factors, such as

(i) the novelty or undesirability of the case, (ii) preclusion of other employment (iii) time limitations (iv) requisite skill required and (v) professional's reputation and ability did not present any unique circumstances or issues in this case. Two factors which are considered carefully are the results obtained in the case and time spent by the applicant. The services performed by Digital Discovery are reasonable and were necessary for the administration of this estate.

WHEREFORE, PREMISES CONSIDERED, Trustee requests upon appropriate notice and opportunity for hearing, this Court enter an Order approving the Application of Trustee's Computer Expert for Payment of Fees and grant Applicant such other and further relief to which they are justly entitled.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that the Court enter an order approving this Application and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas or by first class mail, postage prepaid, on this 1st day of May, 2017.

/s/ Mark A. Weisbart
Mark A. Weisbart

**Digital Discovery**
**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**
972-774-1500

# Invoice

| | |
|---|---|
| **Invoice #:** | 2922 |
| **Invoice Date:** | 12/30/2016 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Rental and storage for virtual server based system (per month - Jan 2017 thru March 2017). | 3 | 2,500.00 | 7,500.00 |

Project #
20151010-WIC

| | |
|---|---|
| **Subtotal** | $7,500.00 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $7,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,500.00 |

Exhibit "A"

**Digital Discovery**
**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**
**972-774-1500**

# Invoice

| | |
|---|---|
| **Invoice #:** | 3022 |
| **Invoice Date:** | 3/31/2017 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Rental and storage for virtual server based system (per month - April 2017 thru June 2017). | 3 | 2,500.00 | 7,500.00 |

Project #
20151010-WIC

| | |
|---|---|
| **Subtotal** | $7,500.00 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $7,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,500.00 |

Exhibit "A"

```
Label Matrix for local noticing          Alcatel-Lucent International           Anydata Corporation
0540-4                                    William Hagerman                      5 Oldfield
Case 15-41732                             1960 Lucent Lane                      Irvine, CA 92618-2840
Eastern District of Texas                 Napeville, IL 60563-1594
Sherman
Mon May  1 12:19:35 CDT 2017

Arrow Electronics Inc.                    Avnet, Inc.                           B.E. Capital Management Fund LP
c/o NAC Risk Recovery                     5400 Prairie Stone Pkwy               205 East 42nd Street, 14th Floor
9201 E. Dry Creek Road                    Hoffman Estates, IL 60192-3721        New York, NY 10017-5706
Englewood, Co 80112-2818


Evan R. Baker                             Bankruptcy Section MS A340            CBT Technology Inc.
1601 Elm Street                           Franchise Tax Board                   Atrenne Computing Solutions
Suite 3000                                P O Box 2952                          10 Mupac Drive
Dallas, TX 75201-4757                     Sacramento, CA  95812-2952            Brockton, MS 02301-5548


Shawn M. Christianson                     City of Carrollton                    Comptroller of Public Accounts
55 Second St., 17th Fl.                   c/o Laurie Spindler Huffman           c/o Office of the Attorney General
San Francisco, CA 94105-3491              Linebarger Goggan Blair & Sampson, LLP Bankruptcy - Collections Division MC-008
                                          2777 N Stemmons Freeway Suite 1000    PO Box 12548
                                          Dallas, TX 75207-2328                 Austin TX  78711-2548
                                                                                ( 78711-2548

Computershare Trust Co. Inc.              Denton County                         Department Of Health and Human Services
100 University Ave, 8th Fl.               c/o Lee Gordon                        Jeffrey Grant
Toroonto, ON Msj241                       P.O. Box 1269                         7500 Security Blvd, Mail Stop WV-22-75
                                          Round Rock, Texas 78680-1269          Baltimore, MD 21244-1849


Digi-Key Corporation                      Ernst And Young Societe D'Avocoats    FedEx TechConnect, Inc.
PO Box 677                                Tour First-TSA 14444                  Attn: Revenue Recovery/Bankruptcy
Thief River Falls, MN 56701-0677          Paris-La Defense, FR 92037            3965 Airways Blvd. Module G.,3rd Floor
                                                                                Memphis,TN 38116-5017


Finnish Tax Administration                Future Electronics                    GECITS - Bankruptcy
Collection and Recovery Unit of           c/o Diane Svendsen                    P O Box 13708
Southern Finland                          41 Main St.                           Macon, GA 31208-3708
P.O. Box 6002                             Bolton, MA 01740-1134
FI-0052-Vero Finland


GENBAND US LLC AND ITS SUBSIDIARIES       (p)MICHAEL REED OR LEE GORDON         Gregory B. Kalush
c/o Caroline R. Penninck, Esq.            PO BOX 1269                           2402 Danbury Dr.
3208 Fannin Lane                          ROUND ROCK TX 78680-1269              Colleyville, TX 76034-5424
Grapevine, Texas 76092
Email: cpenninck@gchub.com
Phone 76092-3328

Illinois Secretary of State               Internal Revenue Service              Interphase Corporation
Dept of Business Services                 P.O. Box 7346                         4240 International Pkwy
350 Howlett Building                      Philadelphia, PA 19101-7346           Suite 105
Springfield, IL 62756-0001                                                      Carrollton, TX 75007-1985


James C. Poole, Jr.                       Jennifer J. Kosharek                  John J. Kane
8136 Westlakes Place                      658 Point Loma Dr.                    Kane Russell Coleman & Logan PC
Montgomery, AL 36117-5156                 Frisco, TX 75034-8892                 1601 Elm St. Suite 3700
                                                                                Dallas, TX 75201-7207
```

| | | |
|---|---|---|
| Level 3 Communications(Legal Dept. Bky)<br>1025 Eldorado Blvd<br>Broomfield Co 80021-8869 | Marlin Business Bank<br>300 Fellowship Rd.<br>Mt. Laurel, NJ 08054-1201 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P. O. Box 9564<br>Boston, MA 02114-9564 |
| Holland Neff O'Neil<br>Gardere Wynne Sewell LLP<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas, TX 75201-4761 | Caroline Penninck<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202-2755 | Rimini Street, Inc.<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566-3127 |
| SAP America, Inc.<br>Brown & Connery, LLP<br>6N. Broad Street<br>c/o Donald Ludman, Esq<br>Woodbury, NJ 08096-4635 | George C. Scherer<br>Law Office of Robert Luna, PC<br>4411 N. Central Expy.<br>Dallas, TX 75205-4210 | Laurie A. Spindler<br>Linebarger, Goggan, Blair & Sampson<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207-2328 |
| State Of California<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | TTI, Inc.<br>2441 Northeast Parkway<br>Fort Worth, TX 76106-1816 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Uusimaa ELY Centre<br>P.O. Box 54<br>Fl-00521 Helsinki Finland | VL Capital Management LLC<br>319 West 101st Street, Apartment 5<br>New York, NY 10025-8486 |
| Washington State Department<br>Of Labor & Industries<br>PO Box 44171<br>Olympia, WA 98504-4171 | Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | Yoram Solomon<br>2700 Big Creek Ct.<br>Plano, TX 75093-3362 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lee Gordon
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78665


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     2<br>Total                  49 |