**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:

INTERPHASE CORPORATION

Debtor

Case No. 15-41732
Chapter 7

## FOURTH REPORT OF SALE

COMES NOW Mark A. Weisbart, Trustee, and files this Fourth Report of Sale as follows:

1.      Pursuant to the Order Approving Motion To Approve Sale of Assets Through Auction Free and Clear of Liens, Claims and Encumbrances entered on October 30, 2015, the Trustee's duly employed auctioneer, Shattuck, LLC ("Shattuck"), conducted an online sale of equipment from June 22, 2017 through July 6, 2017.  A copy of the high bidders is attached hereto as Exhibit "A".

2.      The sale brought a total of $423.50, including a buyer's premium paid by purchasers of $38.50.  The items sold and prices are listed on Exhibit "A". The Trustee has received the gross proceeds of $385.00 (not including the buyer's premium).

3.      The Order Approving Employment of Auctioneer authorized Auctioneer to collect and retain a 10% buyer's premium on sales of estate property. Accordingly, Shattuck has collected a total of $38.50 as a buyer's premium.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court accept this Fourth Report of Sale.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the below listed parties either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 18th day of July, 2017.

Office of the U.S. Trustee
110 North College, Suite 300
Tyler, TX 75702

/s/ Mark A. Weisbart
Mark A. Weisbart



Mark Weisbart, Trustee

12770 Coit Road, Suite 541

Dallas TX 75251

**Interphase Bankruptcy Auction: Case No. Case No. 15-41732**

| Item ID | Invoice | Lot # | Title | Price | Comm. | Net | BP | High Bidder | H.B. Address | H.B. Phone | H.B. Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 129398 | 48861 | L27822 | Integrated Circuit M2M Module Lc | $285.00 | $0.00 | $285.00 | $28.50 | Neil Duvernay[howling wolf] | 6807 RivuletSan Antonio, Te | (210)656-6549 | N.DUVERNAY@GMAIL.COM |
| 129417 | 48862 | FC | (7) Filing Cabinets | $100.00 | $0.00 | $100.00 | $10.00 | James Null [james null trader | pobox511 trenton tx 75490 | (903)989-5564 | jnullandvoid@aol.com |
| | | | Totals | $385.00 | $0.00 | $385.00 | $38.50 | | | | |

**Total Sales    $385.00**

**Buyer Premium Retained by Auctioneer    $38.50**

Shattuck LLC.

650 Canion St

Austin, TX 78752

(512)482-0270 (800)999-6852 (fax) (512)478-4888

info@shattuck.com

www.shattuck.com

Exhibit "A"



## Sales Report

July 13, 2017

Mark A Weisbart
12770 Coit Rd, Suite 541
Dallas, TX 75251

RE: Interphase Corp.
Case No. 15-41732
Sale Date:  06/22/17 – 07/06/17


Sale of Assets for Interphase Corp.

| | | |
|---|---|---|
| Sale by Auction | $385.00 | |
| Buyer Premium Collected on Sale | $38.50 | |
| **Total Funds Collected** | | **$423.50** |


| | |
|---|---|
| **Total Remitted to Trustee** | **$385.00** |
| **Total Buyer Premium & Fees Retained by Auctioneer** | **$38.50** |

Exhibit "B"