**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

**ORDER APPROVING FOURTH APPLICATION
FOR COMPENSATION OF AUCTIONEER**

ON THIS DAY came on to be heard the Trustee's Fourth Application For Compensation of Auctioneer and, after appropriate notice and opportunity for hearing, the Court finds the Application should be approved. Therefore, it is

ORDERED that Shattuck, LLC's ("Shattuck") buyer's premium of $38.50 is approved.

IT IS SO ORDERED.

Signed on 8/14/2017

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

```
                           United States Bankruptcy Court
                              Eastern District of Texas
In re:                                                          Case No. 15-41732-btr
Interphase Corporation                                          Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0540-4         User: childsj          Page 1 of 2           Date Rcvd: Aug 14, 2017
                             Form ID: pdf400        Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
```
db           #+Interphase Corporation,    4240 International Pkwy,    Suite 105,    Carrollton, TX 75007-1985
intp           Anil Sharma,    135 Bwyoo Hollow,    Alphretta, GA   30022
cr            +Christine Balash,    18966 E. Appletree Lane,    Orange, CA 92869-3002
cr            +City of Carrollton,    c/o Laurie Spindler Huffman,    Linebarger Goggan Blair & Sampson, LLP,
                2777 N Stemmons Freeway,    Suite 1000,    Dallas, TX 75207-2328
cr            +Denton County,    c/o Lee Gordon,    P O Box 1269,    Round Rock, TX 78680-1269
intp          +Digital Discovery,    8131 LBJ Freeway, Suite 325,    Dallas, TX 75251-4603
intp           GE Capital Information Technology Solutions,    c/o Christine R. Etheridge,    1738 Bass Road,
                PO Box 13708,    Macon, GA   31208-3708
cr            +GENBAND US LLC and its subsidiaries and affiliates,    c/o Grable Martin Fulton, PLLC,
                3208 Fannin Lane,    Grapevine, TX   76092,    UNITED STATES 76092-3328
intp          +Jim Carroll,    1612 Watercliff Drive,    Lago Vista, TX 78645-8638
cr            +Kimberly Rodgers,    PO Box 703767,    Dallas, TX 75370-3767
acc           +Lain, Faulkner & Co., P.C.,    400 N. Saint Paul,    Suite 600,    Dallas, TX 75201-6897
cr            +Lewisville Independent School District,    c/o George C. Scherer, Esq.,
                Law Offices of Robert E. Luna, P.C.,    4411 N. Central Expressway,    Dallas, TX 75205-4210
cr            +Oracle America, Inc.,    Buchalter Nemer PC,    c/o Shawn M. Christianson,    55 2nd St. 17th Fl.,
                San Francisco, CA 94105-3493
cr            +VL Capital Management LLC,    319 West 101st Street, Apartment 5,    New York, NY 10025-8486
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/Text: thomas@becapitalmanagement.com Aug 15 2017 01:02:51
                B.E. Capital Management Fund LP,    205 East 42nd Street,    14th Floor,
                New York, NY 10017-5752
                                                                                               TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp              Anderson & Levine L.L.P.
op              Exponent Technologies, Inc.
cr              Exponent Technologies, Inc.
op              Premier Pension Solutions, LLC
intp         ##+Elizabeth Shimo,    1207 Peninah St.,    Yankton, SD 57078-3144
auc          ##+Shattuck LLC,    54 Chicon St.,    Austin, TX 78702-5451
                                                                                TOTALS: 4, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
```
              Caroline Penninck    on behalf of Creditor    GENBAND US LLC and its subsidiaries and affiliates
                cpenninck@gchub.com
              Eric D. Madden    on behalf of Defendant    AnyData Corporation emadden@rctlegal.com,
                blewis@rctlegal.com;jharlin@rctlegal.com
              Evan R. Baker    on behalf of Debtor    Interphase Corporation ebaker@gardere.com,
                koliver@gardere.com;jcharrison@gardere.com
```

```
District/off: 0540-4          User: childsj              Page 2 of 2              Date Rcvd: Aug 14, 2017
                              Form ID: pdf400            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          George C. Scherer   on behalf of Creditor   Lewisville Independent School District scherer@txschoollaw.com, coston@txschoollaw.com
          Holland Neff O'Neil   on behalf of Debtor   Interphase Corporation honeil@gardere.com, jcharrison@gardere.com
          James S. Brouner   on behalf of Plaintiff Mark A. Weisbart jbrouner@weisbartlaw.net
          John J. Kane   on behalf of Creditor   Exponent Technologies, Inc. jkane@krcl.com, ecf@krcl.com;jkane@ecf.courtdrive.com
          Laurie A. Spindler   on behalf of Creditor   City of Carrollton laurie.spindler@lgbs.com, Matilde.Alvarado@lgbs.com
          Lee Gordon   on behalf of Creditor   Denton County vickie.covington@mvbalaw.com;kim.morriss@mvbalaw.com;sonya.ragsdale@mvbalaw.com
          Mark A. Weisbart   on behalf of Trustee Mark A. Weisbart weisbartm@earthlink.net, mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
          Mark A. Weisbart   mark@weisbartlaw.net, mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
          Mark A. Weisbart   on behalf of Plaintiff Mark A. Weisbart mark@weisbartlaw.net, mweisbart@iq7technology.com;tsimmons@weisbartlaw.net
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com
          US Trustee   USTPRegion06.TY.ECF@USDOJ.GOV

                                                                                       TOTAL: 14