FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

SEP - 8 2017

CLERK, U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____Sherman_____ DIVISION

Interphase Corporation                                15-41732

DEBTOR(S)                                             CASE NO.

I am a __Creditor__ in the above referenced bankruptcy case.

My **PREVIOUS** address is: 205 East 42nd Street

New York, NY 10017

Please **CHANGE** to the new address: 228 Park Ave S #63787

New York, New York 10003-1502

DATE: 08/31/2017

DEBTOR SIGNATURE:

JOINT DEBTOR SIGNATURE
(If filed by Debtor)

NAME OF CREDITOR: B.E. Capital Management Fund LP

AUTHORIZED SIGNATURE: [signature]

TITLE: Managing Partner, B.E. Capital
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
300 Willow, Suite 100
Beaumont, TX 77701