UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
_____Sherman_____ ▼ DIVISION

**Interphase Corporation**

DEBTOR(S)

**15-41732**

CASE NO.

I am a _Creditor_ ▼ in the above referenced bankruptcy case.

My **PREVIOUS** address is: **319 West 101st Street, Apt 5**
**New York, NY, 10025**

Please **CHANGE** to the new address: **145 Borinquen Place, Apt 30**
**Brooklyn, NY, 11211**

DATE: **11/2/17**

DEBTOR SIGNATURE: _____

JOINT DEBTOR SIGNATURE _____
(If filed by Debtor)

NAME OF CREDITOR: **VL Capital Management LLC**

AUTHORIZED SIGNATURE: _[signature]_

TITLE: **Owner**
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
660 N. Central Expwy, Suite 300B
Plano, TX 75074

Hello,

My name is Austin Viny and I own VL Capital Management which owns claim #18 and is creditor #7222523 in the Interphase chapter 7 bankruptcy (case #15-41732). I have moved and am sending the inclosed form to change my address from 319 West 101st Street, Apt 5, New York, NY, 10025 to 145 Boriaquen Place, Apt 30, Brooklyn, NY, 11211. Thank you for your help.

Best,
Austin Viny