# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:

INTERPHASE CORPORATION

                      Debtor

Case No. 15-41732
Chapter 7

## TRUSTEE'S FINAL APPLICATION FOR
## COMPUTER EXPERT FOR PAYMENT OF FEES

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU <u>MUST</u> FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING <u>*WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE*</u> SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Mark A. Weisbart, Chapter 7 Trustee ("Trustee") in the above-numbered bankruptcy case, and files this Final Application for Computer Expert for Payment of Fees and, in support hereof, would show the Court the following:

1.      On September 30, 2015, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor. Mark A. Weisbart is the duly appointed Trustee.

2.      Trustee is the duly acting and appointed Chapter 7 Trustee in this case.

3.      Pursuant to this Motion, Digital Discovery seeks fees totaling $24,510.41 and final approval of all fees paid to Digital Discovery pursuant to prior applications totaling $71,500.00. A copy of the current billing statements are attached hereto as Exhibit "A".

4.      The services performed by Digital Discovery included the on-site data extraction and transfer of the Debtor's electronic data from multiple servers and an SAP/UNX system which housed most of the Debtor's financial records.

5.      Professional fees incurred by professionals, including computer experts, for a trustee are subject to the standards set forth in the case of In Re: First Colonial Corp., 544 F.2d 1291, 1298-99 (5th Cir. 1977), cert. denied, 431 U.S. 904 (1977). Most of these factors, such as (i) the novelty or undesirability of the case, (ii) preclusion of other employment (iii) time limitations (iv) requisite skill required and (v) professional's reputation and ability did not present any unique circumstances or issues in this case.  Two factors which are considered carefully are the results obtained in the case and time spent by the applicant.   The services performed by Digital Discovery are reasonable and were necessary for the administration of this estate.

WHEREFORE, PREMISES CONSIDERED, Trustee requests upon appropriate notice and opportunity for hearing, this Court enter an Order approving the Application of Trustee's Computer Expert for Payment of Fees and grant Applicant such other and further relief to which they are justly entitled.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that the Court enter an order approving this Application and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the parties listed on the attached mailing list either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas or by first class mail, postage prepaid, on this 13th day of December, 2017.

/s/ Mark A. Weisbart
Mark A. Weisbart

# Digital Discovery

## 8131 LBJ Freeway, Suite 325
## Dallas, TX 75251
## 972-774-1500

# Invoice

| Invoice #: | 2522 |
|---|---|
| **Invoice Date:** | 2/29/2016 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Hourly analyst charges over allotted amount to access the SAP system on the VM's and search for1099 data. | 8.68 | 295.00 | 2,560.60 |

| Project # |
|---|
| 20151010-WIC |

| | |
|---|---|
| **Subtotal** | $2,560.60 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $2,560.60 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,560.60 |

**Digital Discovery**

**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**
**972-774-1500**

# Invoice

| Invoice #: | 3128 |
|---|---|
| **Invoice Date:** | 5/31/2017 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Analyst's hourly charges for searching of SAP data for receivable information as requested by Trustee. | 7.75 | 295.00 | 2,286.25 |

| Project # |
|---|
| 20151010-WIC |

| | |
|---|---|
| **Subtotal** | $2,286.25 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $2,286.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,286.25 |

Exhibit "A"

**Digital Discovery**

**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**
**972-774-1500**

# Invoice

| | |
|---|---|
| **Invoice #:** | 3180 |
| **Invoice Date:** | 6/30/2017 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Production of reports from SAP system for receivables outstanding. | 3.08 | 295.00 | 908.60T |

| Project # |
|---|
| 20151010-WIC |

| | |
|---|---|
| **Subtotal** | $908.60 |
| **Sales Tax (8.25%)** | $74.96 |
| **Total** | $983.56 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $983.56 |

Exhibit "A"

**Digital Discovery**

**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**

**972-774-1500**

# Invoice

| | |
|---|---|
| **Invoice #:** | 3159 |
| **Invoice Date:** | 6/30/2017 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Rental and storage for virtual server based system (per month - July 2017 thru Sept 2017). | 3 | 2,500.00 | 7,500.00 |

| Project # |
|---|
| 20151010-WIC |

| | |
|---|---|
| **Subtotal** | $7,500.00 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $7,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,500.00 |

**Digital Discovery**

**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**
**972-774-1500**

# Invoice

| | |
|---|---|
| **Invoice #:** | 3248 |
| **Invoice Date:** | 9/30/2017 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Rental and storage for virtual server based system (per month - Oct 2017 thru Dec 2017). | 3 | 2,500.00 | 7,500.00 |

| Project # |
|---|
| 20151010-WIC |

| | |
|---|---|
| **Subtotal** | $7,500.00 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $7,500.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,500.00 |

Exhibit "A"

**Digital Discovery**

**8131 LBJ Freeway, Suite 325**
**Dallas, TX 75251**

**972-774-1500**

# Invoice

| | |
|---|---|
| **Invoice #:** | 3311 |
| **Invoice Date:** | 11/28/2017 |

Bill To:

Law Offices of Mark Weisbart
12770 Coit Road, Ste. 541
Dallas, TX 75251
Attn: Mark Weisbart

| Terms | Rep | Client |
|---|---|---|
| Due on receipt | SPD | Interphase |

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Lease termination fee (ending as of 12/31/2017). | 1 | 2,500.00 | 2,500.00 |
| Hourly charges for dismantling the server equipment, deletion of data and return of hardware to Paranet Solutions. | 4 | 295.00 | 1,180.00 |

| Project # |
|---|
| 20151010-WIC |

| | |
|---|---|
| **Subtotal** | $3,680.00 |
| **Sales Tax (8.25%)** | $0.00 |
| **Total** | $3,680.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,680.00 |

Label Matrix for local noticing
0540-4
Case 15-41732
Eastern District of Texas
Sherman
Wed Dec 13 13:45:33 CST 2017

Alcatel-Lucent International
William Hagerman
1960 Lucent Lane
Napeville, IL 60563-1594

Ahydata Corporation
5 Oldfield
Irvine, CA 92618-2840

Arrow Electronics Inc.
c/o NAC Risk Recovery
9201 E. Dry Creek Road
Englewood, Co 80112-2818

Avnet, Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192-3721

B.E. Capital Management Fund LP
228 Park Avenue S #63787
New York, NY 10003-1502

Evan R. Baker
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Bankruptcy Section MS A340
Franchise Tax Board
P O Box 2952
Sacramento, CA  95812-2952

CBT Technology Inc.
Atrenne Computing Solutions
10 Mupac Drive
Brockton, MS 02301-5548

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second St., 17th Fl.
San Francisco, CA 94105-3491

City of Carrollton
c/o Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548
( 78711-2548

Computershare Trust Co. Inc.
100 University Ave, 8th Fl.
Toroonto, ON Msj241

Denton County
c/o Lee Gordon
P.O. Box 1269
Round Rock, Texas 78680-1269

Department Of Health and Human Services
Jeffrey Grant
7500 Security Blvd, Mail Stop WV-22-75
Baltimore, MD 21244-1849

Digi-Key Corporation
PO Box 677
Thief River Falls, MN 56701-0677

Ernst And Young Societe D'Avocoats
Tour First-TSA 14444
Paris-La Defense, FR 92037

FedEx TechConnect, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis,TN 38116-5017

Finnish Tax Administration
Collection and Recovery Unit of
Southern Finland
P.O. Box 6002
FI-0052-Vero Finland

Future Electronics
c/o Diane Svendsen
41 Main St.
Bolton, MA 01740-1134

GECITS - Bankruptcy
P O Box 13708
Macon, GA 31208-3708

GENBAND US LLC AND ITS SUBSIDIARIES
c/o Caroline R. Penninck, Esq.
3208 Fannin Lane
Grapevine, Texas 76092
Email: cpenninck@gchub.com
Phone 76092-3328

(p)MICHAEL REED OR LEE GORDON
PO BOX 1269
ROUND ROCK TX 78680-1269

Gregory B. Kalush
2402 Danbury Dr.
Colleyville, TX 76034-5424

Illinois Secretary of State
Dept of Business Services
350 Howlett Building
Springfield, IL 62756-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interphase Corporation
4240 International Pkwy
Suite 105
Carrollton, TX 75007-1985

James C. Poole, Jr.
8136 Westlakes Place
Montgomery, AL 36117-5156

Jennifer J. Kosharek
658 Point Loma Dr.
Frisco, TX 75034-8892

John J. Kane
Kane Russell Coleman & Logan PC
1601 Elm St. Suite 3700
Dallas, TX 75201-7207

Level 3 Communications(Legal Dept. Bky)
1025 Eldorado Blvd
Broomfield Co 80021-8869

Marlin Business Bank
300 Fellowship Rd.
Mt. Laurel, NJ 08054-1201

Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

Holland Neff O'Neil
Gardere Wynne Sewell LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201-4761

Leo Oppenheimer
Reid Collins & Tsai LLP
1601 Elm St., Ste. 4250
Dallas, TX 75201-7282

Caroline Penninck
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2755

Rimini Street, Inc.
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566-3127

SAP America, Inc.
Brown & Connery, LLP
6N. Broad Street
c/o Donald Ludman, Esq
Woodbury, NJ 08096-4635

George C. Scherer
Law Office of Robert Luna, PC
4411 N. Central Expy.
Dallas, TX 75205-4210

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

State Of California
Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

TTI, Inc.
2441 Northeast Parkway
Fort Worth, TX 76106-1816

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Uusimaa ELY Centre
P.O. Box 54
Fl-00521 Helsinki Finland

VL Capital Management LLC
145 Borinquen Place, Apt 30
Brooklyn, NY 11211-4671

Washington State Department
Of Labor & Industries
PO Box 44171
Olympia, WA 98504-4171

Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Yoram Solomon
2700 Big Creek Ct.
Plano, TX 75093-3362

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lee Gordon
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78665

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

(d)Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

End of Label Matrix
Mailable recipients    48
Bypassed recipients     2
Total                  50