D. Keith Enger
**LAIN, FAULKNER & CO., P.C.**
400 N. Saint Paul, Suite 600
Dallas, TX  75201
Telephone: (214) 720-1929
Fax: (214) 720-1450

*Accountants for the Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |
|---|---|
| IN RE: | § |
|  | § |
|  | § Case No. 15-41732 |
| INTERPHASE CORPORATION | § Chapter 7 |
|  | § |
| DEBTOR. | § |
|  | § |

# COVER SHEET

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LAIN, FAULKNER & CO., P.C., AS ACCOUNTANTS

Name of Application:          Lain, Faulkner & Co., P.C.

Capacity as:          Accountants for the Chapter 7 Trustee

Fee Application of:          October 15, 2015 through December 21, 2017

Retainer Received:          None          Amount Previously Paid: $          None

|  | First and Final Application |
|---|---|
| **Amount Requested:** |  |
| Fees: |  |
|    Incurred During Application Period | $    51,963.00 |
|    Non-Billed Services | (5,942.50) |
|    Anticipated Fees After Application Period | 8,000.00 |
| Requested for Application Period | 54,020.50 |
| Expenses | 403.27 |
| **Total Amount Requested:** | $    54,423.77 |

**Hourly Rates:**

| | Professional | Staff |
|---|---|---|
| Highest Rates: | $400.00 | $225.00 |
| Total Hours Billed: | 132.40 | 32.70 |
| Amounts Billed: | $38,663.00 | $7,357.50 |
| Average Hourly Rate: | $292.02 | $225.00 |
| Overall Blended Hourly Rate: | $278.74 | |

**Expenses:**

| | |
|---|---|
| Copies (in-house) | $18.00 |
| Other | 37.70 |
| Postage/Overnight Delivery | 37.57 |
| Tax Software Processing Fee | 310.00 |
| | $403.27 |

Dated: December 28, 2017        /s/ D. Keith Enger
                               D. Keith Enger

D. Keith Enger
**LAIN, FAULKNER & CO., P.C.**
400 N. Saint Paul, Suite 600
Dallas, TX  75201
Telephone: (214) 720-1929
Fax: (214) 720-1450

*Accountants for the Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |
|---|---|
| IN RE: | § |
|  | § |
|  | § Case No. 15-41732 |
| INTERPHASE CORPORATION | § Chapter 7 |
|  | § |
| DEBTOR. | § |
|  | § |

## FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
## COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
## LAIN, FAULKNER & CO., P.C., AS ACCOUNTANTS

**YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

## TO THE HONORABLE BRENDA T. RHOADES,
## UNDERLINED UNITED STATES BANKRUPTCY JUDGE:

Comes now, Lain, Faulkner & Co. P.C.,  (the "Applicant") and makes its First and Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for the period October 15, 2015 through December 21, 2017 (the "Application Period") pursuant to the provisions of 11 U.S.C. § 330 in support thereof, would respectfully show the Court as follows:

1.      This Court has jurisdiction over the subject matter of this Application pursuant to the provisions of 28 U.S.C. § 1334 and § 157.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  This Application is filed pursuant to 11 U.S.C. §§ 330 and 503(b)(2) and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

CASE INFORMATION AND STATUS

2.      On September 30, 2015, Interphase Corporation (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the Eastern District of Texas, Sherman Division.

3.      Mark A. Weisbart was appointed Chapter 7 Trustee (the "Trustee") in this case and continues to function in such capacity.

4.      On November 17, 2015, the Trustee filed its Trustee's Application to Approve Employment of Lain, Faulkner & Co., P.C. as Accountants [Doc. No. 41] pursuant to § 327 of the Bankruptcy Code.  On December 8, 2015, this Court entered its Order Granting Trustee's Application to Approve Employment of Lain, Faulkner & Co., P.C. as Accountants [Doc. No. 47] in this proceeding.  A true and correct copy of this Order is attached hereto as Exhibit "A."

5.      The Trustee is currently holding in excess of $2 million of funds in the Estate.  The Trustee has administered the assets of the Debtor and is now in a position to close this Bankruptcy Estate, estimating a 100% distribution in the case.

SUMMARY OF APPLICATION

6.      During the Application Period, Applicant has provided professional accounting and financial consulting services to the Trustee and, pursuant to § 330 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, makes this Application for the award of reasonable compensation and reimbursement of reasonable and necessary out-of-pocket expenses.

7.      Applicant believes that the fees applied for herein are fair and reasonable in view of the time spent, the size, complexity and extent of the operation of the Estate, the risks associated with this case, and the results obtained.  Applicant has attached as Exhibit "B" a summary, by individual, which lists the total hours billed and the applicable billing rates.  In addition, Applicant has attached as Exhibit "C" a time summary by project representing total hours billed and total

fees requested for each project category. Supplementing Exhibit "C" are Exhibits "D" through "J" which itemize the time spent by each individual on each project and the detailed description of how each of these hours was spent on a day-to-day basis.

8.      By and through this Application, Applicant requests approval of fees in the amount of $46,020.50 and expenses in the amount of $403.27 for a total of $46,423.77, for the Application Period. During the Application Period Applicant spent a total of 165.10 hours providing the services for the Estate. In addition, Applicant anticipates incurring additional fees subsequent to the Application Period in the preparation of the Debtor's federal and state income tax returns and in the preparation of the required informational returns. Anticipated fees for this service total $8,000.00.

9.      The general categories of accounting and financial consulting services rendered by the Applicant are summarized as follows:

A.      <u>Avoidance Actions</u>. At the request of counsel, Applicant obtained payment information from the Debtor's records for both the 90 day period and the one year period in order for the Trustee and his counsel to perform his avoidance action analysis. Fees Requested - $470.00. See Exhibit "D."

B.      <u>Financial Analysis Services</u>. Applicant reviewed available records, making recommendations on obtaining financial information from Debtor's accounting system. Fees Requested - $1,007.50. See Exhibit "E."

C.      <u>Employment/Fee Application</u>. Applicant incurred time in completing its employment documents and in beginning the preparation of its fee application. Fees Requested - $2,280.00. See Exhibit "F."

D.      <u>Noticing Agent Services</u>. At the request of the Trustee, Applicant assisted in compiling a complete listing of the equity holders for an equity distribution in this case. Fees Requested - $4,317.50. See Exhibit "G."

E.      <u>Tax Services</u>. Applicant segregated this category into five project codes to assist in evaluating the reasonableness of each service.

-      <u>*Federal Income Tax Return*</u>. Applicant prepared the required 2015 and the 2016 Consolidated Form 1120 – U.S. Corporation Income Tax

Return for Interphase Corporation and its affiliate.  Fees Requested - $13,534.00.  See Exhibit "H-1."

-   *State Income Tax Return*.  Applicant prepared the required 2015 state income/franchise tax returns for Texas, California and New Jersey.  Applicant also prepared the required 2016 and 2017 Texas franchise tax reports for the Debtor.  Fees Requested - $6,052.50.  See Exhibit "H-2."

-   *Informational Returns*.  Applicant reviewed the Debtor's records and cash records maintained by the Trustee to determine the reportable payments made by the Debtor during 2015 and 2016.  Applicant also researched Debtor records and, in some instances, contacted the particular recipient, to obtain Social Security numbers in order to complete the required Forms 1099.  Fees Requested - $2,594.50.  See Exhibit "H-3."

-   *Other Tax Services*.  Applicant researched and responded to numerous tax notices received by the Trustee relating to several states and to the Debtor's Form 5500.  Fees Requested - $5,306.00.  See Exhibit "H-4."

-   *Accounting Analysis for Tax Services*.  Applicant gathered financial information from available Debtor records, court documents and from Trustee cash records in order to prepare meaningful tax workpapers to support the federal and state tax returns referred to above.  Fees Requested - $9,378.50.  See Exhibit "H-5."

F.    Data Recovery Services.    Applicant coordinated with Trustee's data recovery service and former employees to obtain accounting information from the Debtor's electronic records.  Fees Requested - $1,080.00.  See Exhibit "I."

G.    Client Time Not Billed.    Applicant incurred time (17.80 hours) in completing certain of the tasks referred to above for which no compensation is sought.  If billed at normal rates, the fees incurred would total $5,942.50. Fees Incurred - $5,942.50.  Fees Requested - $0.00.  See Exhibit "J."

10.    Exhibit "K" includes a summary and detailed itemization of actual and necessary expenses incurred by Applicant for which reimbursement is sought in the amount of $403.27.  Applicant represents that such expenses are reasonable, economical and customarily charged to non-bankruptcy clients.  Applicant further represents that requested expenses adhere to allowable rates for expenses as fixed by federal and local guidelines or order of the Court.

## EVALUATION STANDARDS

11.     The Fifth Circuit Court of Appeals has enumerated a number of factors which should be considered in awarding compensation to professionals, such as the Applicant, in a bankruptcy proceeding such as the instant one.  See <u>First Colonial Corp. V. American Benefit Life Insurance Company</u>, 544 F.2d 1291 (Fifth Circ. 1977) Cert. Denied, 431 U.S. 904 (1977).   See <u>Lawler V. Teofan, et al</u>, 807 F.2d 1207 (Fifth Cir. 1987).  See also 11 U.S.C. §330.  Consideration of these factors follows:

A.     <u>Time and Labor Required</u>**.**  Since its appointment, Applicant has committed the necessary time and effort on behalf of the Trustee to assist him in fulfilling his fiduciary responsibilities in this proceeding.  During the Application Period, a total of 165.10 hours were incurred by Applicant on behalf of the Trustee and the Estate which if billed in total at its normal rates would equal $51,963.00.  Applicant has not billed the Estate for 17.80 hours, representing $5,942.50 in foregone fees, bringing the total amount of requested fees during the Application Period to $46,020.50.   Applicant is also requesting the allowance of fees anticipated to be incurred subsequent to the Application Period for the preparation of Debtor's federal, state and informational tax returns.  Applicant anticipates those fees to be incurred will total $8,000.00.

B.     <u>Novelty and Difficulty of the Questions</u>.   The issues that Applicant encountered serving as Accountant for the Chapter 7 Trustee during this Application Period have been of a complex and specialized nature, requiring advanced skills and knowledge in bankruptcy accounting, tax reporting and financial analysis, in order to obtain results useful to the Trustee and beneficial to the Estate.

C.     <u>Skill Requisite to Perform the Services Properly</u>.  Applicant's firm has members, including those who have performed services on behalf of the Trustee, who are specialized in various facets of financial analysis, bankruptcy accounting and tax reporting.  Due to their expertise and skill in these specialized areas, Applicant believes far more time would have been expended by less experienced personnel, with considerably less desirable results.    The array of accounting, financial analysis and specialized reporting considerations presented in this proceeding and the prompt and skillful action taken with regard to such problems by Applicant required a very high degree of expertise and

experience.  Applicant's abilities in this area are well known and enable it to represent debtors and trustees effectively and efficiently in bankruptcy proceedings such as the instant one.

       D.    <u>Exclusion of Other Employment</u>. Applicant is unable to precisely estimate the extent to which it has been precluded from accepting other employment by reason of its employment as Accountant for the Chapter 7 Trustee.  Applicant has, however, found it necessary to reschedule and, in some instances forego, work on other matters because of the concentrated efforts necessary to respond to the needs of the Trustee.

       E.    <u>Customary Fees</u>.  The fees for which Applicant has applied herein are within the customary fees awarded in other proceedings for similar services rendered and results obtained.

       F.    <u>Whether the Fee is Fixed or Contingent</u>. Applicant's fee in this proceeding is fixed at its standard hourly rates and is not contingent upon results achieved or the ultimate availability of funds for the payment of said fees from the Bankruptcy Estate. Applicant, however, concedes that fees in bankruptcy cases, and more especially in cases such as this, are contingent on success of the case as well as being subject to scrutiny by this Court.

       G.    <u>Time Limitations</u>. Applicant believes that its role in this case has, to date, been handled in an expeditious manner, given the factual circumstances involved and the complex issues confronted.  Applicant further believes that no undue delays have occurred and that it has proceeded expeditiously and efficiently to the benefit of the Trustee, the creditors and all other parties-in-interest.

       H.    <u>The Amount Involved and Results Obtained</u>.   Applicant's work and effort in assisting the Trustee in this case has been both necessary and beneficial to the Estate and administration of the case. The Applicant's efforts and associated benefits to the Estate include the following:

- Assisting the Trustee in complying with the federal and state income tax filing requirements and confirming that there are no additional tax liabilities for the Estate;

- Providing a summary of the payments made to creditors and to insiders during the preference period, to assist the Trustee in avoidance actions analysis; and

- Assisting the Trustee in compiling a complete listing of equity holders for distributing remaining funds to equity.

I.     Experience, Reputation and Ability of Applicant.  Applicant submits that its accountants and other staff personnel are respected for their ability in accounting and financial consulting services, particularly in regard to bankruptcy situations.  Applicants have been retained by numerous debtors-in-possession, trustees, secured creditors and creditors committees in various Chapter 11 and Chapter 7 proceedings and have received favorable comments from the Courts and other parties-in-interest.

J.     Undesirability of the Case.  Applicant does not believe that this is or should be a significant factor in the consideration of this Application.  Indeed, Applicant does not believe that this case was undesirable during the Application Period.

K.     The Nature and Length of the Professional Relationship with the Debtor.  Prior to Applicant's engagement by the Trustee in October 2015, Applicant had not performed services for the Debtor or any related entities.  Applicant has performed accounting services in numerous other bankruptcies, some of which also involved certain creditors and attorneys involved in this case.

L.     Awards in Similar Cases.  Applicant believes that the services rendered herein as Accountants for the Chapter 7 Trustee have substantially benefited the Estate and its creditors, and that such services are of a reasonable value.  Applicant further represents that the fees applied for are in conformity with fees allowed in similar proceedings for similar services rendered and results obtained.  Applicant respectfully requests that the Court take judicial notice of the awards that have been made in similar proceedings in this Court and other bankruptcy courts in the State of Texas.

## APPLICANT'S REPRESENTATIONS

12.     Applicant does not hold nor has it represented at any time during this engagement any interest adverse to the Estate, and has been at all times a disinterested party.  Applicant has made no agreement for the sharing of compensation for services rendered in or in connection with this case with any other person, other than the individual members of the Applicant's firm.  Attached as Exhibit "L" are brief resumes of the personnel involved in this engagement for whose

services compensation is sought.  Applicant has incorporated as Exhibit "M" a statement certifying the firm's billing rates and confirming the review of this Application by the Trustee.

PRAYER FOR RELIEF

WHEREFORE, the Applicant respectfully prays that the Court (1) allow on a final basis reasonable compensation for professional services rendered during the Application Period in the sum of $46,020.50 and the reimbursement of out-of-pocket expenses in the sum of $403.27 for a total of $46,423.77; (2) allow on a final basis reasonable compensation for services anticipated to be incurred subsequent to the Application Period in the amount of $8,000.00 for the preparation of the federal, state and informational tax returns; (3) authorize payment of those fees and expenses in the total amount of $54,423.77, in light of the assets in this Estate and the other Estate liabilities afforded the Chapter 7 administrative expense priority; and (4) grant the Applicant such other and further relief, general or special, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

/s/ D. Keith Enger
D. Keith Enger
LAIN, FAULKNER & CO., P.C.
400 N. Saint Paul, Suite 600
Dallas, Texas 75201
(214) 720-1929 Telephone
(214) 720-1450 Facsimile

**CERTIFICATION BY TRUSTEE**

I, Mark A. Weisbart, the Chapter 7 Trustee in this case, hereby certify that I have read and approved this First and Final Application for fees and expenses.

Dated: December 28, 2017.

Mark A. Weisbart, Trustee

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LAIN, FAULKNER & CO., P.C., AS ACCOUNTANTS** - Page 10

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing document was served on the parties listed on the attached mailing list either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas or by first class mail, postage prepaid, on this 28th day of December, 2017.

/s/ Mark A. Weisbart
Mark A. Weisbart



12/08/2015

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:

INTERPHASE CORPORATION

Debtor

Case No. 15-41732

Chapter 7

## ORDER GRANTING TRUSTEE'S APPLICATION TO APPROVE
## EMPLOYMENT OF LAIN, FAULKNER & CO., P.C. AS ACCOUNTANTS

ON THIS DAY CAME ON FOR CONSIDERATION the Application to Approve Employment of Lain, Faulkner & Co., P.C. as Accountants (the "Application") filed by Mark A. Weisbart, Chapter 7 Trustee, to employ Lain, Faulkner & Co., P.C. ("Lain, Faulkner") as accountants for the Trustee. After consideration of the Application, the arguments presented by counsel, finding that notice was proper and that the Office of the United States Trustee has no objections to the employment of Lain, Faulkner as accountants for the Trustee, it is the opinion of this Court that the Application should be granted; it is therefore

ORDERED that the Application to Approve Employment of Lain, Faulkner & Co., P.C. as Accountants is hereby granted; it is further

ORDERED that Lain, Faulkner is hereby employed as accountants for the Trustee effective as of October 15, 2015.

IT IS SO ORDERED.

Signed on 12/8/2015

*Brenda T. Rhoades*    SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

# LAIN, FAULKNER & CO., P.C.
## Interphase Corporation
## Fee Application Summary
## For the Period October 15, 2015 through December 21, 2017

Name of Applicant: LAIN, FAULKNER & CO., P.C.

Role in the Case: Accountants for the Chapter 7 Trustee

| | | |
|---|---|---|
| Fees Previously Requested: | | $0.00 |
| Fees Previously Awarded: | | $0.00 |
| Fees Previously Paid: | | $0.00 |
| | | |
| Expenses Previously Requested: | | $0.00 |
| Expenses Previously Awarded: | | $0.00 |
| Expenses Previously Paid: | | $0.00 |
| Retainer Paid: | | $0.00 |

**Current Application**

Fees Requested: $ 46,020.50

Expenses Requested: $403.27

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| **Professional** | | | |
| Keith Enger | 33.70 | 400.00 | 13,480.00 |
| Lori Lowderman | 3.80 | 375.00 | 1,425.00 |
| Dean Bielitz | 51.40 | 340.00 | 17,476.00 |
| Rick Cass | 11.40 | 250.00 | 2,850.00 |
| Brandi Chambers | 14.30 | 240.00 | 3,432.00 |
| Brandi Chambers | 5.40 | 0.00 | 0.00 |
| Keith Enger | 4.80 | 0.00 | 0.00 |
| Dean Bielitz | 3.70 | 0.00 | 0.00 |
| Jason Rae | 0.60 | 0.00 | 0.00 |
| Lori Lowderman | 3.30 | 0.00 | 0.00 |
| | 132.40 | | 38,663.00 |

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| **Staff** | | | |
| Misty Parker | 0.60 | 225.00 | 135.00 |
| Laura Paz-Sanchez | 32.10 | 225.00 | 7,222.50 |
| | 32.70 | | 7,357.50 |
| | 165.10 | | $46,020.50 |

| | | |
|---|---|---|
| Value of Hours Not Billed: | | $5,942.50 |
| | | |
| Total Blended Hourly Rate: (Professionals) | | $292.02 |
| Total Blended Hourly Rate: (All) | | $278.74 |

## EXHIBIT B

## Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Project Summary
## For the Period October 15, 2015 Through December 21, 2017

| Project Description | Exhibit | TimeCard Hours | Total Sub Category | Grand Total Amount |
|---|---|---|---|---|
| Avoidance Actions | D | 1.70 | | 470.00 |
| Financial Analysis Services | E | 2.80 | | 1,007.50 |
| Employment/Fee Application | F | 5.70 | | 2,280.00 |
| Noticing Agent Services | G | 14.70 | | 4,317.50 |
| Tax Services | | | | |
|   - Federal Income Tax Return | H-1 | 46.10 | 13,534.00 | |
|   - State Income Tax Return | H-2 | 19.90 | 6,052.50 | |
|   - Informational Returns | H-3 | 10.60 | 2,594.50 | |
|   - Other Tax Services | H-4 | 14.00 | 5,306.00 | |
|   - Accounting Analysis for Tax Services | H-5 | 29.10 | 9,378.50 | |
| Tax Services Total: | | | | 36,865.50 |
| Data Recovery Efforts | I | 2.70 | | 1,080.00 |
| Client Time Not Billed | J | 17.80 | | 0.00 |
| | | 165.10 | | $46,020.50 |

**EXHIBIT C**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Avoidance Actions
## For the Period of October 15, 2015 through December 21, 2017
## Avoidance Actions-Database Construction/Start-up

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Rick Cass | 1.40 | 250.00 | 350.00 |
| Keith Enger | 0.30 | 400.00 | 120.00 |
| Total: | 1.70 | | 470.00 |

EXHIBIT D

# Lain, Faulkner & Co., P.C.
# Daily Log
# 10/15/2015 Thru 12/21/2017
# For Services Rendered

**Interphase Corporation**
**Avoidance Actions**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DKE | 08/24/16 | Sent 90 day payment and insider 1 year payment summary to Trustee via email. | 0.30 | 120.00 |
| FFC | 08/24/16 | Reviewed Exhibit 3(b) & 3(c) of Statement of Financial Affairs and prepared summary of payments for 90 day and 1 year periods. | 1.40 | 350.00 |
| | | **\*Daily Log Total:** | 1.70 | 470.00 |

**EXHIBIT D**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Financial Analysis Services
## For the Period of October 15, 2015 through December 21, 2017
## Financial Analysis

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Brandi Chambers | 0.50 | 240.00 | 120.00 |
| Keith Enger | 1.00 | 400.00 | 400.00 |
| Lori Lowderman | 1.30 | 375.00 | 487.50 |
| **Total:** | 2.80 | | 1,007.50 |

**EXHIBIT E**

## Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Financial Analysis Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|---------------:|----------------:|
| LBL | 06/01/16 | Reviewed case docket and claim register and requested selected documents for review. | 0.60 | 225.00 |
| BMR | 06/01/16 | Met with Lori Lowderman regarding subsidiaries and financial history. | 0.50 | 120.00 |
| DKE | 06/01/16 | Drafted email to Trustee with recommendation on obtaining financials information from SAP accounting system. | 1.00 | 400.00 |
| LBL | 06/02/16 | Reviewed selected docket findings to generate understanding of the case and current status. | 0.70 | 262.50 |
| | | **\*Daily Log Total:** | **2.80** | **1,007.50** |

EXHIBIT E

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Employment/Fee Application
## For the Period of October 15, 2015 through December 21, 2017
## Employment/Fee Application

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|----------|---------------------|-------------|--------------|
| Keith Enger | 5.70 | 400.00 | 2,280.00 |
| Total: | 5.70 | | 2,280.00 |

**EXHIBIT F**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Employment/Fee Application**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DKE | 11/16/15 | Reviewed and signed employment documents prepared by Trustee's office. | 0.50 | 200.00 |
| DKE | 11/28/17 | Requested logs and expenses from staff for preparation of fee application. | 0.20 | 80.00 |
| DKE | 11/28/17 | Telecom with Mark Weisbart regarding case wrap-up and filing final tax returns and fee application. | 0.20 | 80.00 |
| DKE | 12/01/17 | Made log revisions for Lain, Faulkner fee application. | 0.70 | 280.00 |
| DKE | 12/05/17 | Began drafting of Lain, Faulkner fee application. | 1.10 | 440.00 |
| DKE | 12/14/17 | Prepared fee application. | 3.00 | 1200.00 |
| | | **\*Daily Log Total:** | 5.70 | 2,280.00 |

**EXHIBIT F**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Noticing Agent Services
## For the Period of October 15, 2015 through December 21, 2017
## Noticing Agent Services

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Rick Cass | 10.00 | 250.00 | 2,500.00 |
| Keith Enger | 2.20 | 400.00 | 880.00 |
| Lori Lowderman | 2.50 | 375.00 | 937.50 |
| Total: | 14.70 | | 4,317.50 |

**EXHIBIT G**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Noticing Agent Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|---------------:|----------------:|
| DKE | 11/08/16 | Telecom from Mark Weisbart regarding noticing and possible distribution to equity holders. | 0.30 | 120.00 |
| DKE | 11/09/16 | Reviewed correspondence from Trustee on equity holders. | 0.30 | 120.00 |
| LBL | 11/09/16 | Reviewed equity reports received from Trustee and discussed same with K. Enger. | 0.70 | 262.50 |
| FFC | 11/09/16 | Reformatted Equity Holders list into useable database for future use. | 1.60 | 400.00 |
| FFC | 11/10/16 | Continued reformating Equity Holders contact list into useable database format for future use. | 2.70 | 675.00 |
| LBL | 11/10/16 | Discussed development of equity notice matrix with R. Cass; further discussion regarding same with K. Enger. | 0.40 | 150.00 |
| FFC | 11/11/16 | Continued reformating Equity Holders contact list into useable database for future use and possible import into CAS. | 1.30 | 325.00 |
| FFC | 11/11/16 | Continued reformating Equity Holders contact list into useable database for future use and possible import into CAS. | 2.30 | 575.00 |
| FFC | 11/14/16 | Continued development of Equity Holders contact database for future use and possible import into CAS. | 1.60 | 400.00 |
| FFC | 11/15/16 | Perform final review of Equity Holders contact database and met with Lori Lowderman regarding same. | 0.50 | 125.00 |
| LBL | 11/15/16 | Discussed equity matrix development with R. Cass; forwarded information to K. Enger with details requiring further consideration. | 0.80 | 300.00 |
| DKE | 11/28/16 | Reviewed email from Lori Lowderman regarding completing list of equity holders as of September 30, 2015. | 0.30 | 120.00 |
| DKE | 11/28/16 | Sent email to Mark Weisbart transmitting spreadsheet. | 0.40 | 160.00 |
| LBL | 01/12/17 | Discussed notice to equity holders with K. Enger. | 0.30 | 112.50 |
| DKE | 01/12/17 | Telecom with Mark Weisbart regarding preparing notice for equity holders. | 0.20 | 80.00 |
| LBL | 01/13/17 | Reviewed correspondence from Trustee; forwarded equity matrix to K. Enger. | 0.30 | 112.50 |
| DKE | 01/13/17 | Transmitted same to Trustee and counsel. | 0.20 | 80.00 |
| DKE | 01/13/17 | Reviewed Motion To Establish Bar Date for Filing Proofs of Interest by Shareholders. | 0.30 | 120.00 |
| DKE | 01/13/17 | Briefly reviewed spreadsheet listing equity holders. | 0.20 | 80.00 |
| | | **\*Daily Log Total:** | 14.70 | 4,317.50 |

**EXHIBIT G**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Tax Services
## For the Period of October 15, 2015 through December 21, 2017
## Federal Income Tax Return

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Dean Bielitz | 22.80 | 340.00 | 7,752.00 |
| Laura Paz-Sanchez | 7.60 | 225.00 | 1,710.00 |
| Brandi Chambers | 13.80 | 240.00 | 3,312.00 |
| Keith Enger | 1.90 | 400.00 | 760.00 |
| Total: | 46.10 | | 13,534.00 |

**EXHIBIT H-1**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Federal Income Tax Return**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DSB | 03/07/16 | Reviewed Federal Tax Extension. | 0.20 | 68.00 |
| LMP | 03/09/16 | Compiled tax information in preparation to extend 2015 federal tax return. | 0.20 | 45.00 |
| LMP | 03/10/16 | Prepared 2015 Form 7004 Application for Automatic Extension of Time to File Certain Business Income Tax Return in SuperForm tax software; documented tax file. | 0.30 | 67.50 |
| LMP | 03/14/16 | Transmitted letter for automatic extension of time request for year ending 2015 to the IRS; documented tax file. | 0.10 | 22.50 |
| BMR | 05/20/16 | Continued to prepare 2014 return in Pro Systems. | 1.40 | 336.00 |
| BMR | 05/23/16 | Continued to prepare 2014 tax return in Pro Systems. | 4.80 | 1152.00 |
| DSB | 05/23/16 | Assisted Brandi Chambers in inputting Schedule M-3 information for tax year 2014. | 0.90 | 306.00 |
| BMR | 05/24/16 | Continued to update Pro Systems for 2014 return. | 5.20 | 1248.00 |
| BMR | 05/25/16 | Continued to update ProSystem with 2014 information. | 2.40 | 576.00 |
| DSB | 08/18/16 | Rolled forward and reviewed data previously entered into Prosystem 2014 tax return to start preparation of 2015 tax return. | 0.70 | 238.00 |
| DSB | 08/23/16 | Commenced preparing 2015 Federal Tax Return. | 3.70 | 1258.00 |
| DSB | 08/23/16 | Completed preparing 2015 Federal Tax Return. | 3.40 | 1156.00 |
| DKE | 08/30/16 | Reviewed 2015 Form 1120 for Interphase Corporation and subsidiary. | 0.90 | 360.00 |
| DSB | 09/01/16 | Cleared Keith Enger's review notes for Federal Return. | 1.10 | 374.00 |
| DKE | 09/02/16 | Signed 2015 Form 1120 for Interphase Corporation Subsidiaries. | 0.10 | 40.00 |
| DSB | 09/11/16 | Prepared statement to attach to return and processed tax returns for signature and filing with federal, and state tax authorities. | 2.70 | 918.00 |
| LMP | 09/12/16 | Transmitted the 2015 Form 1120, U.S. Corporation Income Tax Return to the trustee for signature and further processing to the Internal Revenue Service Center in Ogden, UT and Internal Revenue Service Center Centralized Insolvency Operation in Philadelphia, Pennsylvania; documented tax file. | 0.30 | 67.50 |
| LMP | 04/11/17 | Processed Pro Forma of the 2015 tax return into the 2016 tax software; prepared Form 7004 - Application for Automatic Extension of Time to File Tax Return for Year-End 2016; documented tax file. | 0.20 | 45.00 |

**EXHIBIT H-1**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Federal Income Tax Return**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| LMP | 04/12/17 | Prepared transmittal letter to the Department of Treasury IRS associated with the Form 7004 - Application for Automatic Extension of Time to File Income Tax Return for year-end 2016; documented tax file. | 0.10 | 22.50 |
| DSB | 04/17/17 | Reviewed April 18, 2017 Tax Extension. | 0.10 | 34.00 |
| LMP | 04/17/17 | Processed for transmittal the 2016 Form 7004 - Application for Automatic Extension of Time to File Certain Business Income Tax, Information, and Other Return; documented file. | 0.10 | 22.50 |
| LMP | 05/03/17 | Prepared the Form 1120, U. S. Corporation Income Tax Return for year-end 2016. | 3.10 | 697.50 |
| LMP | 05/05/17 | Addressed review comments made by Dean Bielitz on the 2016 Form 1120, US Corporation Income Tax Return. | 0.50 | 112.50 |
| DSB | 05/30/17 | Reviewed and revised 2016 Federal Tax Return for the elimination of Forms 5471 and other unnecessary schedules. | 3.10 | 1054.00 |
| DSB | 05/31/17 | Completed changes to Form 1120 and updated statement attached to the Federal Tax Return. | 1.30 | 442.00 |
| LMP | 08/04/17 | Completed the 2016 Form 1120 - U. S. Corporation Income Tax Return. | 2.70 | 607.50 |
| DSB | 08/15/17 | Revised the 2016 tax year tax data input for the consolidated tax return. | 1.10 | 374.00 |
| DSB | 08/15/17 | Commenced preparing revisions to the 2016 tax year financials and consolidated tax return. | 3.20 | 1088.00 |
| DKE | 08/17/17 | Reviewed and signed 2016 Form 1120 for Interphase Corporation. | 0.70 | 280.00 |
| DSB | 08/17/17 | Processed and mailed completed Federal tax returns and transmittal letters. | 0.50 | 170.00 |
| DKE | 08/17/17 | Made revisions to transmittal letter. | 0.20 | 80.00 |
| DSB | 08/17/17 | Completed federal tax return and transmittal letters for Keith Enger's review. | 0.80 | 272.00 |
| | | **\*Daily Log Total:** | **46.10** | **13,534.00** |

**Lain, Faulkner & Co., P.C.**
**Interphase Corporation**
**Summary Sheet - Tax Services**
**For the Period of October 15, 2015 through December 21, 2017**
**State Income Tax Return**

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Dean Bielitz | 10.50 | 340.00 | 3,570.00 |
| Laura Paz-Sanchez | 7.30 | 225.00 | 1,642.50 |
| Keith Enger | 2.10 | 400.00 | 840.00 |
| **Total:** | 19.90 | | 6,052.50 |

**EXHIBIT H-2**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**State Income Tax Return**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DSB | 02/12/16 | Confirmed Delaware filing status. | 0.10 | 34.00 |
| DKE | 02/19/16 | Sent email to Trustee with question on Delaware franchise tax reporting. | 0.30 | 120.00 |
| DKE | 02/22/16 | Replied to email from Trustee regarding Delaware franchise tax. | 0.20 | 80.00 |
| DSB | 05/11/16 | Reviewed and revised Texas Franchise Tax extension. | 0.50 | 170.00 |
| LMP | 05/11/16 | Completed the Texas Franchise Tax Public Information Report and the Texas Franchise Tax No Tax Due Information Report for Report Year 2016. | 1.20 | 270.00 |
| LMP | 05/13/16 | Prepared Form 05-164, Texas Franchise Tax Extension Requests for 2016 Report Year and all affiliates. | 0.40 | 90.00 |
| LMP | 05/16/16 | Reviewed accuracy of tax identification numbers for all affiliated debtors on transmittal letter to Texas Comptroller of Public Accountants; processed and transmitted Form 05-164 Texas Franchise Tax Extension Request for Report Year 2016; documented tax file. | 0.40 | 90.00 |
| DSB | 05/16/16 | Processed and mailed Texas Franchise Tax Extension. | 0.20 | 68.00 |
| DSB | 08/12/16 | Completed Texas Franchise Report extension. | 0.30 | 102.00 |
| DSB | 09/01/16 | Prepared California and New Jersey state tax returns. | 2.40 | 816.00 |
| DKE | 09/02/16 | Reviewed and signed 2015 Form 100-California Corporation Franchise/Income Tax Return and Form CBT-100 New Jersey Corporation Business Tax Return. | 0.30 | 120.00 |
| LMP | 09/12/16 | Transmitted the 2015 New Jersey Form CBT-100, Corporation Business Tax Return and the 2015 California Form 100, Corporation Franchise or Income Tax Return to the trustee for signature and further processing; documented tax file. | 0.20 | 45.00 |
| DSB | 10/12/16 | Researched Illinois filing requirements and California assessment for taxes due. | 1.20 | 408.00 |
| DSB | 10/24/16 | Continued preparation of Combined Texas Franchise Tax Report, Public Information Reports and Affiliate Schedule. | 1.70 | 578.00 |
| DSB | 10/25/16 | Completed preparation of Texas Franchise Tax Report, Public Information Reports and Affiliate Schedule. | 2.40 | 816.00 |
| DKE | 10/26/16 | Reviewed 2016 Texas franchise tax report. | 0.50 | 200.00 |
| DKE | 10/26/16 | Drafted statement to attach to Texas franchise tax report. | 0.30 | 120.00 |
| DKE | 11/09/16 | Reviewed and revised Motion to Authorize Payment of Texas State Franchise Taxes. | 0.30 | 120.00 |

**EXHIBIT H-2**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**State Income Tax Return**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DSB | 04/17/17 | Reviewed April 18, 2017 Tax Extension for New Jersey. | 0.10 | 34.00 |
| LMP | 04/17/17 | Prepared the 2016 Form CBT-200-TC, Corporation Business Tax Application for Extension of Time to File and the transmittal letter associated with the extension and the transmittal letter associated with the extension; processed for transmittal to tax authority. | 0.70 | 157.50 |
| DSB | 04/28/17 | Assisted Laura Paz with the 2017 Texas Franchise Tax Report. | 0.80 | 272.00 |
| DSB | 05/03/17 | Reviewed the Texas Franchise Tax Report, Affiliated Schedule and Public Information Report for Report Year 2016. | 0.60 | 204.00 |
| LMP | 05/03/17 | Prepared the Texas Franchise Tax No Tax Due Report, the Texas Franchise Affiliate Schedule, and the Texas Franchise Tax Public Information Report for Report Year 2017. | 1.80 | 405.00 |
| DKE | 05/04/17 | Reviewed 2017 Texas franchise tax report. | 0.20 | 80.00 |
| LMP | 05/04/17 | Addressed review comments made by Dean Bielitz on the Texas Franchise Tax Report. | 0.40 | 90.00 |
| DSB | 06/07/17 | Received and reviewed notices from Texas Comptroller's Office regarding Common Owner Reports for 2016 and 2017. | 0.20 | 68.00 |
| LMP | 06/14/17 | Prepared Form 05-177 Texas franchise tax common owner information report for report years 2016 and 2017; prepared transmittal letters to taxing authorities; documented tax file. | 1.30 | 292.50 |
| LMP | 06/20/17 | Transmitted the Form 05-177, Texas Franchise Tax Common Owner Information Report for Report Years 2016 and 2017 per request of the Texas Comptroller's Office; documented tax file. | 0.90 | 202.50 |
| | | **\*Daily Log Total:** | 19.90 | 6,052.50 |

**EXHIBIT H-2**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Tax Services
## For the Period of October 15, 2015 through December 21, 2017
## Informational Returns

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Misty Parker | 0.60 | 225.00 | 135.00 |
| Dean Bielitz | 0.30 | 340.00 | 102.00 |
| Laura Paz-Sanchez | 8.70 | 225.00 | 1,957.50 |
| Keith Enger | 1.00 | 400.00 | 400.00 |
| **Total:** | 10.60 | | 2,594.50 |

**EXHIBIT H-3**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Informational Returns**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DSB | 01/20/16 | Reviewed Form 1099. | 0.10 | 34.00 |
| LMP | 01/21/16 | Setup new filer information in tax reporting software; reviewed and analyzed Form 2 disbursements; prepared 1099-Misc. form; generated preliminary review report; printed and transmitted original 1099-Misc. form; documented control log and file. | 1.10 | 247.50 |
| DMB | 01/21/16 | Analyzed Form 2 for 1099 reporting; researched recipient and/or companies for missing information; called companies to request W-9s. | 0.60 | 135.00 |
| LMP | 01/22/16 | Transmitted original 2015 Form 1099-MISC to recipients; documented file and control log. | 0.20 | 45.00 |
| LMP | 03/17/16 | Reconciled counts and amounts for preparation of electronic filing of Forms 1099. | 0.10 | 22.50 |
| LMP | 03/24/16 | Final review before importing to IRS website for electronic filing of 2015 records. | 0.10 | 22.50 |
| LMP | 03/28/16 | Prepared and Uploaded electronic file of Forms 1099-Misc. onto the IRS FIRE website; documented control log. | 0.10 | 22.50 |
| LMP | 03/30/16 | Prepared 1099-Misc. template for board directors and other payees as instructed by Keith Enger. | 0.90 | 202.50 |
| LMP | 04/11/16 | Updated 1099-MISC template with social security numbers forwarded by Trustee. | 0.30 | 67.50 |
| DKE | 04/27/16 | Traded emails with Trustee on obtaining additional social security numbers for directors. | 0.30 | 120.00 |
| DKE | 05/02/16 | Telecom with Ken Spenser. | 0.20 | 80.00 |
| DKE | 05/03/16 | Met with staff on contacting directors to obtain their social security numbers. | 0.30 | 120.00 |
| LMP | 05/03/16 | Emailed each board of director requesting social security number for each; continued to update board of director's payment information as received by each director; documented file. | 0.40 | 90.00 |
| DKE | 05/03/16 | Telecom with Mike Meyers. | 0.20 | 80.00 |
| LMP | 05/05/16 | Addressed emails from board of directors and updated 1099-template. | 0.70 | 157.50 |
| LMP | 05/17/16 | Organized 1099 tax file for 2015 reporting and documents to appropriate locality. | 0.10 | 22.50 |
| LMP | 05/18/16 | Emailed board of directors for status on missing tax identification number. | 0.20 | 45.00 |
| LMP | 10/04/16 | Provided electronic copy of 2015 Form 1099-MISC to Mark Kemp. | 0.20 | 45.00 |
| LMP | 12/05/16 | Cross referenced control log to verify Form 2, Cash Receipts & Disbursements were on file. | 0.10 | 22.50 |

**EXHIBIT H-3**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Informational Returns**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| LMP | 01/11/17 | Produced Form 2 to review and analyze payments in preparation of 1099-Misc. reporting for 2016. | 0.10 | 22.50 |
| LMP | 01/12/17 | Commenced reviewing and analyzing payments on Form 2; emailed various recipients Form W-9; contacted law firms regarding missing TIN's; documented file. | 1.10 | 247.50 |
| LMP | 01/17/17 | Followed up with emails to various firms; emailed Form W-9 for missing TIN's for 1099 reporting purpose; documented file. | 0.60 | 135.00 |
| LMP | 01/18/17 | Received W-9's from various recipients; updated 1099 import template; contacted recipient regarding missing TIN; documented tax file. | 0.70 | 157.50 |
| DSB | 01/19/17 | Reviewed Form 1099. | 0.20 | 68.00 |
| LMP | 01/19/17 | Received final Form W-9's; updated 1099 import template; imported 1099-Misc. template; generated preliminary review report; reconciled and printed original Form 1099-Misc.; documented control log and file. | 0.60 | 135.00 |
| LMP | 01/19/17 | Transmitted via US Mail Forms 1099-Misc.; documented control log and file. | 0.20 | 45.00 |
| LMP | 01/30/17 | Reconciled counts and amounts for the preparation of electronic filing of Forms 1099; prepared download file and uploaded onto the IRS FIRE website; documented control log and workpaper file. | 0.20 | 45.00 |
| LMP | 02/01/17 | Logged into the IRS website to verify electronic filing status; verified no errors during upload. | 0.10 | 22.50 |
| LMP | 02/02/17 | Updated "File In Time" software with 1099 reporting status. | 0.20 | 45.00 |
| LMP | 03/22/17 | Final quality control review of electronic filing of Forms 1099-Misc. by cross referencing 1099-Pro report and control log; documented tax file. | 0.20 | 45.00 |
| LMP | 03/29/17 | Logged into IRS Fire website to verify status of electronic filing; file accepted and released by IRS; documented tax file. | 0.20 | 45.00 |
| | | **\*Daily Log Total:** | 10.60 | 2,594.50 |

**EXHIBIT H-3**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Tax Services
## For the Period of October 15, 2015 through December 21, 2017
## Other Tax Services

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Dean Bielitz | 4.90 | 340.00 | 1,666.00 |
| Keith Enger | 9.10 | 400.00 | 3,640.00 |
| Total: | 14.00 | | 5,306.00 |

**EXHIBIT H-4**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Other Tax Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DKE | 03/08/16 | Telecom with Mark Weisbart regarding tax return preparation and State of California notice. | 0.20 | 80.00 |
| DKE | 05/02/16 | Began investigating tax filing requirements for entity through tax claims filed. | 0.50 | 200.00 |
| DSB | 05/02/16 | Reviewed files received and determined Sales Tax filing requirement for taxpayer in California and Florida. | 0.60 | 204.00 |
| DKE | 05/03/16 | Obtained and reviewed additional tax claims from PACER to determine tax filing obligations and tax liabilities. | 1.40 | 560.00 |
| DKE | 05/04/16 | Reviewed federal and state tax returns received from Deana Pippins. | 0.40 | 160.00 |
| DKE | 05/12/16 | Researched available information, sending email to Trustee in order to respond to Ms. Rodriguez's email. | 0.40 | 160.00 |
| DKE | 05/12/16 | Reviewed email from Mona Rodriguez of the State of Washington regarding unfiled quarterly reports. | 0.20 | 80.00 |
| DSB | 06/02/16 | Reviewed Brandi Chambers's tax proforma for 2014. | 0.90 | 306.00 |
| DKE | 06/20/16 | Telecom with Mark Weisbart regarding tax filing. | 0.10 | 40.00 |
| DKE | 08/19/16 | Sent email to Jennifer Kosharek regarding 2015 Form 5500 for Interphase based upon IRS notice. | 0.40 | 160.00 |
| DKE | 08/29/16 | Telecom with Mark Weisbart about Form 5500 and profit sharing plan. | 0.30 | 120.00 |
| DKE | 08/29/16 | Telecom with Patrick Stuhr of Legacy Partners concerning the company's 401(k) plan and filings. | 0.30 | 120.00 |
| DKE | 08/29/16 | Telecoms with Jeff Lawlis of Whitley Penn to determine the source of the profit sharing plan activity and preparer of the Form 5500. | 0.50 | 200.00 |
| DKE | 08/29/16 | Drafted email to Patrick Stuhr requesting additional information regarding the 401(k) plan. | 0.40 | 160.00 |
| DKE | 09/06/16 | Sent follow-up email to Patrick Stuhr to obtain information on profit sharing plan and Form 5500. | 0.20 | 80.00 |
| DKE | 09/06/16 | Telecom from Mark Weisbart regarding 2015 Form 5500. | 0.10 | 40.00 |
| DKE | 10/27/16 | Attached Sec. 341 notice to several notices from State taxing authorities to notify of the Chapter 7 filing. | 0.30 | 120.00 |
| DKE | 10/27/16 | Sent reply to Tarah Simmons regarding sending Section 341 notice. | 0.10 | 40.00 |
| DSB | 11/17/16 | Composed letter in response to California Franchise Tax Board regarding their notice assessing $800 in tax and related penalty and interest. | 1.30 | 442.00 |
| DKE | 11/28/16 | Sent email to Mark Weisbart concerning State of California notice and payment of tax. | 0.40 | 160.00 |

**EXHIBIT H-4**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Other Tax Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DKE | 11/28/16 | Completed response to California and transmitted same. | 0.50 | 200.00 |
| DKE | 05/02/17 | Reviewed notice from California Secretary of State. | 0.10 | 40.00 |
| DKE | 07/28/17 | Sent email to Trustee regarding IRS notice concerning filing Form 5500. | 0.40 | 160.00 |
| DKE | 07/31/17 | Traded emails with trustee regarding potential purchase of Debtor's NOL and tax return preparation. | 0.40 | 160.00 |
| DSB | 08/03/17 | Received and reviewed notice from Texas regarding penalty and interest assessment. | 0.30 | 102.00 |
| DKE | 08/07/17 | Responded to email from Mark Weisbart regarding Interphase NOL Carryover. | 0.20 | 80.00 |
| DKE | 08/07/17 | Reviewed notice from State of Texas. | 0.10 | 40.00 |
| DSB | 08/09/17 | Drafted letter to Texas Comptroller's Office regarding penalty and interest notice. | 1.80 | 612.00 |
| DKE | 08/15/17 | Revised response to State of Texas. | 0.40 | 160.00 |
| DKE | 08/15/17 | Obtained court order to attach to response to State of Texas notice. | 0.20 | 80.00 |
| DKE | 08/17/17 | Drafted letter to Mark Weisbart to transmit response to State of Texas notice. | 0.60 | 240.00 |
| | | **\*Daily Log Total:** | **14.00** | **5,306.00** |

**EXHIBIT H-4**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Tax Services
## For the Period of October 15, 2015 through December 21, 2017
## Accounting Analysis for Tax Services

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Dean Bielitz | 12.90 | 340.00 | 4,386.00 |
| Laura Paz-Sanchez | 8.50 | 225.00 | 1,912.50 |
| Keith Enger | 7.70 | 400.00 | 3,080.00 |
| **Total:** | 29.10 | | 9,378.50 |

**EXHIBIT H-5**

# Lain, Faulkner & Co., P.C.
# Daily Log
# 10/15/2015 Thru 12/21/2017
# For Services Rendered

**Interphase Corporation**
**Accounting Analysis for Tax Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|---------------|----------------|
| DKE | 01/05/16 | Reviewed client files and sent email to Trustee requesting cash activity for 2015. | 0.30 | 120.00 |
| DKE | 01/20/16 | Responded to email from Trustee regarding obtaining cash transactions. | 0.20 | 80.00 |
| DKE | 02/25/16 | Sent email to Trustee concerning the accounting records for the Debtor. | 0.20 | 80.00 |
| DKE | 02/25/16 | Reviewed docket and court records to assemble records for preparation of tax returns and to reply California notice. | 1.00 | 400.00 |
| DKE | 04/21/16 | Sent follow-up email to Trustee regarding obtaining accounting records for preparation of tax returns. | 0.20 | 80.00 |
| DKE | 04/27/16 | Sent email to Deana Pippins of MCG Group who prepared prior tax returns for Interphase Corporation. | 0.80 | 320.00 |
| LMP | 05/10/16 | Commenced analyzing Form 2 and debtor's schedules in preparation of tax returns. | 1.90 | 427.50 |
| DKE | 05/25/16 | Coordinated same with Lori Lowderman. | 0.20 | 80.00 |
| DKE | 05/25/16 | Completed and transmitted email to former Debtor employees for assistance in obtaining Debtor financial information. | 0.30 | 120.00 |
| DKE | 08/16/16 | Reviewed files, court documents and prior tax returns to lay out process for filing 2015 fed and state tax returns. | 2.50 | 1000.00 |
| DKE | 08/17/16 | Completed drafting instructions for the preparation of 2015 tax workpapers for federal and state tax returns. | 1.00 | 400.00 |
| DKE | 08/18/16 | Set up correspondence file with prior correspondence. | 0.30 | 120.00 |
| DSB | 08/19/16 | Started review of available financials and other source documents, such as debtor Forms filed with the SEC, Form 2 and prior year tax return, for incorporation into 2015 financial reports to prepare 2015 tax return. | 3.10 | 1054.00 |
| DSB | 08/19/16 | Completed review of available financials and other source documents, such as debtor Forms filed with the SEC, Form 2 and prior year tax return, for incorporation into 2015 financial reports to prepare 2015 tax return. | 2.10 | 714.00 |
| DSB | 08/22/16 | Commenced compiling and combining various sources of financials for tax preparation. | 3.40 | 1156.00 |
| DSB | 08/22/16 | Completed compiling and combining various sources of financials for tax preparation. | 3.60 | 1224.00 |
| DKE | 01/09/17 | Sent email to Trustee requesting Form 2 for 2016. | 0.20 | 80.00 |
| DSB | 01/19/17 | Printed Form 2 received from Trustee and then filed copy in tax work paper file and saved copy onto network. | 0.10 | 34.00 |
| DKE | 01/31/17 | Replied to email from Tarah Simmons regarding preparation of 2016 income tax return after review of Form 2. | 0.30 | 120.00 |

**EXHIBIT H-5**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Accounting Analysis for Tax Services**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| LMP | 04/28/17 | Commenced analyzing Form 2 cash activity in preparation of financials for year-end 2016. | 2.80 | 630.00 |
| LMP | 05/02/17 | Continued analyzing Form 2 cash activity for year end 2017 in preparation of financials; documented tax file. | 2.60 | 585.00 |
| DSB | 05/03/17 | Assisted Laura Paz with preparing the tax work papers and ProSystem questions. | 0.60 | 204.00 |
| LMP | 05/03/17 | Compiled journal entries in preparation of financial reports; documented tax file. | 1.20 | 270.00 |
| DKE | 08/02/17 | Received and reviewed Form 1 and Form 2 received from Trustee's office. | 0.20 | 80.00 |
| | | **\*Daily Log Total:** | **29.10** | **9,378.50** |

**EXHIBIT H-5**

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
### Summary Sheet -- Data Recovery Efforts
### For the Period of October 15, 2015 through December 21, 2017
### Data Recovery Efforts

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Keith Enger | 2.70 | 400.00 | 1,080.00 |
| Total: | 2.70 | | 1,080.00 |

**EXHIBIT I**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Data Recovery Efforts**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|----------------|-----------------|
| DKE | 05/12/16 | Met with staff regarding possible accounting software extensions to look for in Debtor's data. | 0.30 | 120.00 |
| DKE | 05/12/16 | Sent email to Trustee with extension possibilities for data mining company to research. | 0.20 | 80.00 |
| DKE | 05/13/16 | Requested staff to identify extensions for SAP business software. | 0.20 | 80.00 |
| DKE | 05/17/16 | Telecom with Steve Davis of Digital Discovery concerning data imaged for Debtors and the Debtor personnel who have assisted in retrieving information from the imaged data. | 0.40 | 160.00 |
| DKE | 05/17/16 | Drafted email to send to former employees requesting assistance in retrieving accounting information from Digital Discovery. | 1.10 | 440.00 |
| DKE | 05/26/16 | Responded to email from Jennifer Kosharek regarding obtaining accounting information. | 0.50 | 200.00 |
| | | ***Daily Log Total:** | 2.70 | 1,080.00 |

EXHIBIT I

# Lain, Faulkner & Co., P.C.
## Interphase Corporation
## Summary Sheet - Client Time Not Billed
## For the Period of October 15, 2015 through December 21, 2017
## Client Time Not Billed

| Employee | Current Hours Billed | Hourly Rate | Total Amount |
|---|---|---|---|
| Lori Lowderman | 3.30 | 0.00 | 0.00 |
| Dean Bielitz | 3.70 | 0.00 | 0.00 |
| Keith Enger | 4.80 | 0.00 | 0.00 |
| Jason Rae | 0.60 | 0.00 | 0.00 |
| Brandi Chambers | 5.40 | 0.00 | 0.00 |
| Total: | 17.80 | | 0.00 |

**EXHIBIT J**

# Lain, Faulkner & Co., P.C.
## Daily Log
## 10/15/2015 Thru 12/21/2017
## For Services Rendered

**Interphase Corporation**
**Client Time Not Billed**

| Emp | Date | Description | TimeCard Hours | TimeCard Amount |
|-----|------|-------------|---------------:|----------------:|
| DKE | 05/17/16 | Set up tax file with various returns received from outside CPA. | 1.50 | 0.00 |
| DKE | 05/17/16 | Met briefly with Brad Pollock regarding gathering information. | 0.10 | 0.00 |
| DSB | 05/18/16 | Assisted Brandi Chambers with inputting data into tax software for 2014 tax return. | 2.10 | 0.00 |
| BMR | 05/18/16 | Reviewed Pro Systems with Dean Bielitz; updated 1120 for 2014 in Pro Systems. | 5.40 | 0.00 |
| DSB | 05/24/16 | Assisted Brandi Chambers with inputting data from the 2014 federal tax return into PropSystem tax software. | 1.30 | 0.00 |
| LBL | 05/26/16 | Reviewed correspondence regarding document request from Debtor contact and discussed same with K. Enger. | 0.30 | 0.00 |
| DKE | 05/26/16 | Met with Lori Lowderman to review email from Jennifer Kosharck. | 0.50 | 0.00 |
| LBL | 05/27/16 | Reviewed SEC filings and provided summary for K. Enger. | 1.50 | 0.00 |
| DKE | 05/31/16 | Met with staff to determine next phase in attempting to retrieve accounting information for bankruptcy analysis. | 0.90 | 0.00 |
| JAR | 05/31/16 | Met with Keith Enger and Lori Lowderman regarding data files. | 0.60 | 0.00 |
| LBL | 06/06/16 | Prepared case outline for K. Enger. | 1.30 | 0.00 |
| LBL | 06/08/16 | Discussed case status and IT records with J. Rae. | 0.20 | 0.00 |
| DKE | 01/11/17 | Sent email to Lori Lowderman regarding message from Trustee and responding. | 0.20 | 0.00 |
| DSB | 05/02/17 | Received and reviewed a notice from California for Interphase Corporation following the filing of their Final California tax return. | 0.30 | 0.00 |
| DKE | 05/02/17 | Met with Dean Bielitz on investigating same. | 0.20 | 0.00 |
| DKE | 07/31/17 | Met with Dean Bielitz to locate and print limitations on purchase of company's NOL's. | 0.50 | 0.00 |
| DKE | 08/14/17 | Revised letter responding to notice from State of Texas. | 0.70 | 0.00 |
| DKE | 12/15/17 | Responded to e-mail from Mark Weisbart regarding additional tax returns to prepare. | 0.20 | 0.00 |
| | | **\*Daily Log Total:** | 17.80 | 0.00 |

**EXHIBIT J**

# LAIN, FAULKNER & CO., P.C.
## Interphase Corporation
## Summary Sheet - Expenses Incurred
## For the Period October 15, 2015 through December 21, 2017

| Expense Item | Rate | Total |
|---|---|---|
| Copies (in-house) | $ 0.20 per page | $ 18.00 |
| Other | At Cost | $ 37.70 |
| Postage/Overnight Delivery | At Cost | $ 37.57 |
| Tax Software Processing Fee | At Cost | $ 310.00 |
| | | $ 403.27 |

**Copies (in-house) and telecopies are billed at $0.20 per page. Transportation is currently billed at $0.000 per mile. All other expenses requested are billed at cost. All requested expenses are necessary, reasonable, economical and customarily charged to non-bankruptcy clients of Applicant.**

**EXHIBIT K**

# LAIN, FAULKNER & CO., P.C.
## DAILY TIME & EXPENSE REGISTER
## 10/15/2015 THRU 12/21/2017
### Detail of Expenses

| Client ID | Date | Employee | Svc | Hours | Rate | Amount | TimeCard Description |
|---|---|---|---|---|---|---|---|
| IC1324 | 01/21/2016 | LFC50 | 68 | *** Expense *** | | 1.50 | PACER (10/1/2015-12/31/2015) |
| IC1324 | 01/31/2016 | LFC50 | 74 | *** Expense *** | | 0.49 | Postage for January |
| IC1324 | 04/25/2016 | LFC50 | 68 | *** Expense *** | | 7.00 | PACER (1/1/2016 - 3/31/2016) |
| IC1324 | 07/01/2016 | LFC50 | 68 | *** Expense *** | | 24.40 | PACER (4/1/2016 - 6/30/2016) |
| IC1324 | 08/31/2016 | LFC50 | 69 | *** Expense *** | | 3.80 | 19 in-house copies made in August |
| IC1324 | 08/31/2016 | LFC50 | 57 | *** Expense *** | | 50.00 | Tax software processing fee - Federal |
| IC1324 | 08/31/2016 | LFC50 | 74 | *** Expense *** | | 5.80 | Postage for August |
| IC1324 | 09/30/2016 | LFC50 | 57 | *** Expense *** | | 80.00 | Tax software processing fee - State (2) |
| IC1324 | 09/30/2016 | LFC50 | 69 | *** Expense *** | | 0.40 | 2 in-house copies made in September |
| IC1324 | 09/30/2016 | LFC50 | 74 | *** Expense *** | | 8.30 | Postage for September |
| IC1324 | 10/01/2016 | LFC50 | 68 | *** Expense *** | | 4.20 | PACER (7/1/2016 - 9/30/2016) |
| IC1324 | 10/31/2016 | LFC50 | 74 | *** Expense *** | | 3.60 | Postage for October |
| IC1324 | 10/31/2016 | LFC50 | 69 | *** Expense *** | | 7.60 | 38 in-house copies made in October |
| IC1324 | 10/31/2016 | LFC50 | 57 | *** Expense *** | | 40.00 | Tax software processing fee - State |
| IC1324 | 11/30/2016 | LFC50 | 69 | *** Expense *** | | 0.20 | 1 copy made in November |
| IC1324 | 01/17/2017 | LFC50 | 68 | *** Expense *** | | 0.60 | PACER (10/1/2016 - 12/31/2016) |
| IC1324 | 01/31/2017 | LFC50 | 74 | *** Expense *** | | 2.33 | Postage for January |
| IC1324 | 04/30/2017 | LFC50 | 74 | *** Expense *** | | 5.78 | Postage for April |
| IC1324 | 05/31/2017 | LFC50 | 69 | *** Expense *** | | 2.60 | 13 in-house copies made in May |
| IC1324 | 05/31/2017 | LFC50 | 57 | *** Expense *** | | 50.00 | Tax software processing fee - Federal |
| IC1324 | 05/31/2017 | LFC50 | 74 | *** Expense *** | | 1.61 | Postage for May |
| IC1324 | 05/31/2017 | LFC50 | 57 | *** Expense *** | | 40.00 | Tax software processing fee - State |
| IC1324 | 06/30/2017 | LFC50 | 74 | *** Expense *** | | 1.61 | Postage for June |
| IC1324 | 06/30/2017 | LFC50 | 69 | *** Expense *** | | 2.00 | 10 in-house copies made in June |
| IC1324 | 08/31/2017 | LFC50 | 69 | *** Expense *** | | 1.40 | 7 in-house copies made in August |
| IC1324 | 08/31/2017 | LFC50 | 74 | *** Expense *** | | 8.05 | Postage for August |
| IC1324 | 08/31/2017 | LFC50 | 57 | *** Expense *** | | 50.00 | Tax software processing fee - Federal (1) |

|  |  |  |
|---|---|---|
| **\*Client Expenses** | **$ 403.27** | |
| **\*\* Register Expenses** | **$ 403.27** | |

**EXHIBIT K**



**Lain, Faulkner & Co.**
A Professional Corporation

# RESUMES

## PROFESSIONALS

**D. Keith Enger** (DKE) - Mr. Enger, a CPA and shareholder of Lain, Faulkner & Co., is a graduate of Texas Tech University who has over 30 years of experience in accounting in the oil and gas industry as well as in public practice in the areas of tax and financial reporting. His tax expertise includes preparation of federal and state returns, negotiating settlement of tax claims, and special analysis and research associated with bankruptcy and litigation support matters. Financial experience includes preparation of statement of financial affairs and debtor's schedules, performing claims analyses and administering the distribution process, preparation of financial projections and providing testimony. He has also served as trustee and disbursing agent in bankruptcy cases.

**Lori Lowderman** (LBL) - Ms. Lowderman is a shareholder of Lain, Faulkner & Co., with more than 20 years of accounting experience in both industry and public practice. Public practice includes audit experience with a national accounting firm and extensive experience relating to bankruptcy, including claims management and analysis, administering the distribution process, plan solicitation and balloting, coordination of noticing services, financial analysis and other investigative and accounting services. Her other professional experience consists of internal audit, financial analysis and management reporting of real property acquisitions, financing and sales. Ms. Lowderman is a graduate of Oklahoma State University with a Bachelor of Science in accounting and is a Certified Public Accountant.

**Dean Bielitz** (DSB) - Mr. Bielitz is a CPA with over 24 years of experience in the tax area. His experience includes both Public Accounting and Corporate Tax Accounting in several industries, such as hospitality, natural gas midstream, retail and real estate. He also has experience in the preparation of Corporate, Partnership, MLP, Individual, S-Corporate and Trust tax returns. Prior to joining Lain, Faulkner & Co. he worked with the FDIC preparing tax returns for insolvent banks and was involved with the tax work of a major bankruptcy case. Mr. Bielitz also taught at the University of Texas while working on his Master's degree in taxation.

**Rick Cass** (FFC) - Mr. Cass has over 18 years of experience in public accounting, with the past 17 years focused on bankruptcy, litigation and forensic services. His professional experience includes avoidance action analyses, litigation support, reconstruction of books and records, financial statement analysis and audit assistance. Over the last 12 years, Mr. Cass has obtained extensive experience utilizing computer assisted analysis tools for database management and development to handle complex and data intensive cases. Mr. Cass has a BS in accounting from the University of Texas at Dallas.

**Brandi Chambers** (BMR) - Ms. Chambers is a graduate of Texas A&M Commerce with a BBA in accounting. Her professional experiences consist of 21 years (in 2017) in accounting and financial analysis and 16 years (in 2017) in the bankruptcy industry. She is proficient in accounts payable, general ledger, cash management, payroll and human resources. She is highly skilled in the compilation of financial statements. Ms. Chambers also assists with various forensic accounting matters relating to bankruptcy and litigation support.

EXHIBIT L

**Jason A. Rae** (JAR) - Mr. Rae, a CPA and a shareholder of Lain, Faulkner & Co., is a graduate of the University of Texas at Dallas with a Masters in Business Administration and Bachelors of Science in Accounting. Mr. Rae is also a Certified Fraud Examiner, Master Analyst in Financial Forensics and a Certified Insolvency & Restructuring Advisor.  He has over 20 years of experience in industry and public accounting, 16 of which have been focused in matters relating to bankruptcy, troubled company entities and litigation services.   That experience includes preparation of statement of financial affairs and debtor's schedules, preparation of financial projections, data mining using computer assisted audit tools, reconstruction of books and records, solvency analysis, fraud investigations, cash tracing, claims analysis, preference/fraudulent transfer analysis, valuation analysis, damage analysis and discovery support. Mr. Rae has also served in a receiver capacity and as a trustee.

### STAFF

**Misty Parker** (DMB) – Ms. Parker is a graduate of the University of Texas at Arlington with a Bachelor of Science in Management Information Systems. Her experience consists of 16 years as a forensic analyst performing engagements such as value tracing, item tracing, business valuation, fraud investigation and financial analysis.  She currently holds the following credentials:  Certified Fraud Examiner, Certified Divorce Financial Analyst, and Certified Valuation Analyst.

**Laura Paz-Sanchez** (LMP) – Mrs. Paz-Sanchez has six years as staff accountant in the tax department assisting in the preparation of all federal and state tax reporting, such as income, franchise, and information returns.  She is fully bi-lingual in Spanish/English.  Prior to joining Lain, Faulkner & Co., Mrs. Paz-Sanchez had over 17 years of experience in the commercial real estate industry where she prepared financial statements and processed accounts receivable and accounts payable for multiple properties. She has also worked closely with internal and outside accountants on coordinating operating budgets and audits of multiple properties.

EXHIBIT L

## CERTIFICATION

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

I, D. Keith Enger, hereby certify that I have read the foregoing Application and that to the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the guidelines for compensation and expense reimbursement of professionals adopted in the United States Bankruptcy Court for the Eastern District of Texas. Furthermore, this Application has been provided to the Trustee for review. The compensation and expense reimbursement requested in this Application are billed at rates, in accordance with practices, no less favorable than those customarily employed by our firm and generally accepted by our clients.

_____
D. Keith Enger

**SUBSCRIBED AND SWORN TO BEFORE ME** on this _21st_ day of December 2017 to certify which witness my hand and seal of office.

My Commission Expires:

Notary Public, State of Texas

JANICE M. ODEN
MY COMMISSION EXPIRES
MAY 21, 2018

Printed Name of Notary

EXHIBIT M

Label Matrix for local noticing
0540-4
Case 15-41732
Eastern District of Texas
Sherman
Thu Dec 28 11:19:18 CST 2017

Alcatel-Lucent International
William Hagerman
1960 Lucent Lane
Napeville, IL 60563-1594

Ahydata Corporation
5 Oldfield
Irvine, CA 92618-2840

Arrow Electronics Inc.
c/o NAC Risk Recovery
9201 E. Dry Creek Road
Englewood, Co 80112-2818

Avnet, Inc.
5400 Prairie Stone Pkwy
Hoffman Estates, IL 60192-3721

B.E. Capital Management Fund LP
228 Park Avenue S #63787
New York, NY 10003-1502

Evan R. Baker
1601 Elm Street
Suite 3000
Dallas, TX 75201-4757

Bankruptcy Section MS A340
Franchise Tax Board
P O Box 2952
Sacramento, CA  95812-2952

CBT Technology Inc.
Atrenne Computing Solutions
10 Mupac Drive
Brockton, MS 02301-5548

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second St., 17th Fl.
San Francisco, CA 94105-3491

City of Carrollton
c/o Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548
( 78711-2548

Computershare Trust Co. Inc.
100 University Ave, 8th Fl.
Toroonto, ON Msj241

Denton County
c/o Lee Gordon
P.O. Box 1269
Round Rock, Texas 78680-1269

Department Of Health and Human Services
Jeffrey Grant
7500 Security Blvd, Mail Stop WV-22-75
Baltimore, MD 21244-1849

Digi-Key Corporation
PO Box 677
Thief River Falls, MN 56701-0677

Ernst And Young Societe D'Avocoats
Tour First-TSA 14444
Paris-La Defense, FR 92037

FedEx TechConnect, Inc.
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G.,3rd Floor
Memphis,TN 38116-5017

Finnish Tax Administration
Collection and Recovery Unit of
Southern Finland
P.O. Box 6002
FI-0052-Vero Finland

Future Electronics
c/o Diane Svendsen
41 Main St.
Bolton, MA 01740-1134

GECITS - Bankruptcy
P O Box 13708
Macon, GA 31208-3708

GENBAND US LLC AND ITS SUBSIDIARIES
c/o Caroline R. Penninck, Esq.
3208 Fannin Lane
Grapevine, Texas 76092
Email: cpenninck@gchub.com
Phone 76092-3328

(p)MICHAEL REED OR LEE GORDON
PO BOX 1269
ROUND ROCK TX 78680-1269

Gregory B. Kalush
2402 Danbury Dr.
Colleyville, TX 76034-5424

Illinois Secretary of State
Dept of Business Services
350 Howlett Building
Springfield, IL 62756-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interphase Corporation
4240 International Pkwy
Suite 105
Carrollton, TX 75007-1985

James C. Poole, Jr.
8136 Westlakes Place
Montgomery, AL 36117-5156

Jennifer J. Kosharek
658 Point Loma Dr.
Frisco, TX 75034-8892

John J. Kane
Kane Russell Coleman & Logan PC
1601 Elm St. Suite 3700
Dallas, TX 75201-7207

Level 3 Communications(Legal Dept. Bky)
1025 Eldorado Blvd
Broomfield Co 80021-8869

Marlin Business Bank
300 Fellowship Rd.
Mt. Laurel, NJ 08054-1201

Massachusetts Department of Revenue
Bankruptcy Unit
P. O. Box 9564
Boston, MA 02114-9564

Holland Neff O'Neil
Gardere Wynne Sewell LLP
2021 McKinney Avenue
Suite 1600
Dallas, TX 75201-4761

Leo Oppenheimer
Reid Collins & Tsai LLP
1601 Elm St., Ste. 4250
Dallas, TX 75201-7282

Caroline Penninck
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2755

Rimini Street, Inc.
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566-3127

SAP America, Inc.
Brown & Connery, LLP
6N. Broad Street
c/o Donald Ludman, Esq
Woodbury, NJ 08096-4635

George C. Scherer
Law Office of Robert Luna, PC
4411 N. Central Expy.
Dallas, TX 75205-4210

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

State Of California
Bankruptcy Section MS A340
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

TTI, Inc.
2441 Northeast Parkway
Fort Worth, TX 76106-1816

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Uusimaa ELY Centre
P.O. Box 54
Fl-00521 Helsinki Finland

VL Capital Management LLC
145 Borinquen Place, Apt 30
Brooklyn, NY 11211-4671

Washington State Department
Of Labor & Industries
PO Box 44171
Olympia, WA 98504-4171

Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Yoram Solomon
2700 Big Creek Ct.
Plano, TX 75093-3362

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lee Gordon
McCreary Veselka Bragg & Allen, PC
PO Box 1269
Round Rock, TX 78665

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

(d)Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

| End of Label Matrix | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 2 |
| Total | 50 |