

EOD
02/23/2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No. 15-41732 |
| INTERPHASE CORPORATION | Chapter 7 |
| Debtor | |

## AGREED ORDER ON TRUSTEE'S OBJECTION TO THE CLAIM
## OF JENNIFER KOSHAREK, PROOF OF CLAIM NO. 15-1

Mark A. Weisbart, Chapter 7 Trustee for the bankruptcy estate of Interphase Corporation ("Trustee") and Jennifer Kosharek ("Claimant") having settled the *Objection to Claim No. 15 of Jennifer Kosharek* filed by the Trustee on January 24, 2018 [Docket No. 191] (the "Objection"), it is hereby

ORDERED that the proof of claim filed by Jennifer Kosharek designated as Claim No. 15-1 on the Claims Register (the "Claim") shall be and is hereby allowed as (i) a $12,475.00 priority claim pursuant to 11 U.S.C. § 507(a)(4), and (ii) a general unsecured claim in the amount of $202,525.00 pursuant to 11 U.S.C. § 502(b)(7), for a total amount of $215,000.00 (the "Allowed Amount"); it is further

ORDERED that to the extent the Claim exceeds the Allowed Amount the Claim shall be, and is hereby, disallowed.

IT IS SO ORDERED.

Signed on 2/23/2018

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO
FORM AND SUBSTANCE:


/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
Tel: (972) 628-4903
Email: mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE



/s/ Mark A. Platt
Mark A. Platt
Texas Bar No. 00791453
FOX ROTHSCHILD LLP
5420 Lyndon B. Johnson Freeway
Two Lincoln Centre, Suite 1200
Dallas Texas 75240-6215
Tel: (214) 231-5714
Email: mplatt@foxrothschild.com

COUNSEL FOR JENNIFER KOSHAREK