

EOD
03/20/2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>INTERPHASE CORPORATION<br><br>Debtor | Case No. 15-41732<br>Chapter 7 |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE OF THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD, PROOF OF CLAIM NO. 32-2**

CAME ON FOR CONSIDERATION the Objection to Request for Payment of Administrative Expense of The State of California, Franchise Tax Board, Proof of Claim No. 32-2 (the "Objection") filed by the Trustee. For cause shown, it is hereby

ORDERED that the Objection shall be and is hereby sustained; it is further

ORDERED that the "Request for Payment of Administrative Expense filed by The State of California, Franchise Tax Board," designated on the Claims Register herein as Proof of Claim No. 32-2, is hereby disallowed in its entirety as an administrative expense pursuant to 11 U.S.C. § 503.

IT IS SO ORDERED.

Signed on 3/20/2018

_Brenda T. Rhoades_ MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE