FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2018 APR -5  PM 12: 48

CLERK, U S BANKRUPTCY COURT

BY_____ DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
____Sherman_____ [▼]DIVISION

**Interphase Corporation**

**15-41732**

DEBTOR(S)

CASE NO.

I am a Creditor [▼] in the above referenced bankruptcy case.

My **PREVIOUS** ~~Payment~~ address is:  PO Box 538193

Atlanta, GA 30353

Please **CHANGE** to the new address:  PO Box 931093

Atlanta, GA 31193-1093

DATE: 3/29/2018

DEBTOR SIGNATURE: _____

JOINT DEBTOR SIGNATURE _____
(If filed by Debtor)

NAME OF CREDITOR:  GECITS NKA WFVFS, LLC

AUTHORIZED SIGNATURE:  *Jennifer Presnall-Harpe*

TITLE:  Loan Adjustor - Bankruptcy
(If filed by Creditor)

Mail to: U. S. Bankruptcy Court
660 N. Central Expwy, Suite 300B
Plano, TX 75074